UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIFEWISE, INC.; and SARAH SWEENY,<br><br>*Plaintiffs*,<br><br>v.<br><br>EVERETT PUBLIC SCHOOL DISTRICT; and IAN B. SALTZMAN, in his official capacity as the Superintendent of Everet Public Schools,<br><br>*Defendants*. | No. 2:25-cv-02604-LK<br><br>DECLARATION OF SARAH S. MACK |

I, Sarah S. Mack, do hereby state and sign under penalty of perjury of the laws of the State of Washington the following:

1. I am over the age of 18, have personal knowledge of, am competent to testify, and make this declaration based on personal knowledge, unless otherwise noted.

2. I am currently Contract General Counsel for Everett Public Schools (the "District"), and was admitted to the Washington State Bar in November of 2002.

3. I was hired by the District as in-house General Counsel in September of 2018. I left that position in 2023 and returned to private practice, but have remained on retainer as General Counsel for the District.

DECLARATION OF SARAH S. MACK - 1
2:25-cv-02604
1122462 S. Mack Declaration (with Edits).docx

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 · Fax 206.462.6701

4. As Contract General Counsel, I advise the Board, Superintendent, and other District staff with respect to legal issues and work with outside counsel in ongoing litigation matters.

5. The District is a large school district within the State of Washington serving a diverse community of approximately 20,000 students, with many different backgrounds, throughout Everett, Washington.[1]

6. Currently, Traci Mitchell ("Ms. Mitchell") is the President of the School Board of Directors, and serves with four other directors, including Charles Adkins ("Mr. Adkins").[2]

7. Attached hereto are true and correct copies of the following exhibits:

- Exhibit A: Policy 4010 – Community Relations
- Exhibit B: Policy 1000 – Legal Status and Operation
- Exhibit C: Policy 1240 – Duties of Individual Board Members
- Exhibit D: Policy 1400 – Meetings
- Exhibit E: Policy 4010 – Diversity, Equity, Inclusion and Belonging
- Exhibit F: Policy 3210 – Nondiscrimination
- Exhibit G: Policy 2340 – Religious-Related Activities and Practices
- Exhibit H: Procedure 2340P – Religious-Related Activities and Practices
- Exhibit I: Policy 3222 – Distribution of Materials
- Exhibit J: Procedure 3222P – Distribution of Materials
- Exhibit K: Emails between Darcie Hammer to Linda Carbajal, formerly employed in the District's Communication Department, requesting table at Community Resource Fair, dated April 24, 2025.[3]

---

[1] Overview of the District available at: https://www.everettsd.org/domain/4327
[2] Current Board Members identified on website at: https://www.everettsd.org/Page/4642
[3] Includes unprivileged portions of the email communication.

DECLARATION OF SARAH S. MACK - 2
2:25-cv-02604
1122462 S. Mack Declaration (with Edits).docx

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 · Fax 206.462.6701

- Exhibit L: Several emails sent from community members to the District's Board.[4]
- Exhibit M: District record of LifeWise flyers submitted for review and distribution through Peach Jar indicating whether the flyer was denied or approved.

8. I support the District's mission to serve its students and families in the community, and to accommodate families of all religious backgrounds in compliance with state and federal laws and the United States and Washington State Constitutions, through my advice and counsel.

9. LifeWise is not a District-sponsored organization. The District does not contract or partner with LifeWise.

10. I am aware of a request from LifeWise to the District's Communication Department seeking to participate in the District's Community Resource Fair, which is a District-sponsored event organized by the Family Engagement Team for the purpose of providing access to resources such as legal, health, mental health, special education services, immunizations, and services provided through the Washington State Department of Social Health Services to families of vulnerable students. *See* Exhibit K. The District's Family Engagement Team connects vulnerable students and families with community resources throughout the year. To the best of my knowledge, there is no official process, open to the public, by which an organization may submit a request to host a table at the Community Resource Fair. Instead, organizations are invited to attend because of their existing relationships with the Family Engagement Team and the services that their organizations provide to families that align with the purpose of the family engagement team.

---

[4] Non-party student and parent names and personally identifiable information redacted.

DECLARATION OF SARAH S. MACK - 3
2:25-cv-02604
1122462 S. Mack Declaration (with Edits).docx

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

11. To my knowledge, no request from LifeWise to distribute a flyer through Peach Jar has been denied. A true and correct copy of submitted LifeWise flyers is attached as Exhibit M. To the best of my knowledge, some flyers were approved and distributed after LifeWise complied with requested revisions consistent with Peach Jar guidelines and District policies. This review process applies to any group or organization seeking to distribute electronic flyers through Peach Jar. Moreover, to the best of my knowledge, the District has denied other requests made by community groups or organizations when the language of the flyer did not meet eligibility requirements or adhere to District policies and procedures.

12. In the Fall of 2025, following a high volume of communications to the District in writing and through public comment at Board meetings, many of which expressed confusion regarding the District's relationship with LifeWise, the District created a webpage with the Student Release Guidelines in an effort to provide clarity and answers to the community about how and why students were being released for religious instruction during the school day.

13. The District's School Board is a policy-making body in accordance with Washington state law and regulations. The Board must, by law, adopt official District Policies after providing public reading. Those Policies are then posted on the District's public website for anyone to access. Schools may develop school-based rules and practices consistent with District Policies and Procedures as necessary for the efficient operation of their schools. Since parents began seeking permission for the release of their students for religious instruction during the school day, there has been no action taken by the Board to change or revise District Policy 2340, Nor has the Board adopted or rescinded any other District Policy related to the release of students for religious instruction during the school day.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF SARAH S. MACK - 4
2:25-cv-02604
1122462 S. Mack Declaration (with Edits).docx

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

1 | DATED this 8th day of January, 2026.

3 | By: *Sarah S. Mack*
Sarah Mack

DECLARATION OF SARAH S. MACK - 5
2:25-cv-02604
1122462 S. Mack Declaration (with Edits).docx

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Caleb T. Mathena, WSBA 57001<br>Bryan Cave Leighton Paisner LLP<br>999 Third Ave., Suite 4400<br>Seattle, WA 98104<br>Caleb.mathena@bclplaw.com | ■ ECF notification |
| Barbara Smith Tyson (application pro hac vice forthcoming)<br>Seth M. Reid (application pro hac vice forthcoming)<br>Kolten C. Ellis (application pro hac vice forthcoming)<br>Bryan Cave Leighton Paisner LLP 211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: (314) 259-0000<br>barbara.smith@bclplaw.com<br>seth.reid@bclplaw.com<br>kolten.ellis@bclplaw.com | ■ ECF notification |
| Sarah S. Mack<br>Pacifica Law Group LLP<br>401 Union Street, Suite 1600<br>Seattle, WA 98101<br>Sarah.Mack@PacificaLawGroup.com | ■ ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of January, 2026, at Seattle, Washington.

                         *s/Jennifer R. Friesen*
                         Jennifer R. Friesen
                         Legal Assistant

DECLARATION OF SARAH S. MACK - 6
2:25-cv-02604
1122462

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 · Fax 206.462.6701