# EXHIBIT A



## COMMUNITY RELATIONS

### Diversity, Equity, Inclusion, and Belonging

Everett Public Schools is a diverse, inclusive, and equitable school district where all students, employees, and volunteers, whatever their protected status, should feel valued and respected. The district respects diverse life experiences, heritages, and values, and welcomes the many languages and dialects spoken by its students, employees, and volunteers. All students, employees and volunteers should feel safe, healthy, engaged, and supported by the district.

The district is committed to a nondiscriminatory approach and equitable outcomes for all. We acknowledge the historical role educational institutions have played in creating and implementing policies and practices that result in predictably lower academic and graduation outcomes and disproportionate disciplinary action for students of color. We recognize these disparities contradict our beliefs and values about what students can achieve, and we affirm the important role of adults in ensuring conditions for success. We are committed to removing barriers, and to ensuring students access, opportunity, and inclusion throughout our system.

The district will work to eliminate inequitable practices aggressively and efficiently within our system. We will allocate resources to provide equitable education and environments to all children and families regardless of gender, race, ethnicity, national origin, age, sexual orientation or identity, education, or physical, sensory, or mental ability.

The board commits to:

- Provide system-wide direction, support, oversight, and shared accountability to advance equity and eliminate inequities in Everett Public Schools.

- Affirm, inspire, and serve each student in our diverse population, especially students who have been marginalized through race or other means, and students who face significant barriers.

- Create opportunities and remove barriers to identify and nurture strengths in each student and to ensure our community can in turn be strengthened by each student.

- Provide ongoing board development and learning opportunities about inequities and biases that impact students, staff, and families in our community, and about effective strategies for addressing them.

- Address inequities and biases that create feelings of fear, lack of belonging, and academic, social, and emotional barriers for students, all of which can contribute to reduced academic participation and performance.

- Ensure our policies directly address racism and occurrences of racial tension in ways that both provide positive guidelines and expectations, and that direct development of robust reporting and investigation processes.

<u>This policy establishes that our district shall:</u>

- See diversity, inclusion, and equity as connected to its mission and critical to promoting the well-being of the staff, students, and communities it serves.

- Dismantle any inequities within its policies, systems, programs, and services, and to consistently update and report on organizational progress.

- Adopt curriculum, and teaching and learning strategies, that leverage, reflect, and affirm the unique experiences and social, racial, cultural, linguistic, and familial backgrounds of the Everett Public Schools community.

- Ensure disciplinary actions are undertaken without bias and/or disproportionality.

- Implement hiring processes that proactively support the district's commitment to hiring, recruitment, and retention of highly qualified staff of color and that promote and honor other aspects of a diverse workforce.

- Provide professional development to staff and students in anti-racist practices, equitable practices, culturally responsive teaching practices, eliminating microaggressions, and bias awareness.

- Expect all employees to embrace equity, inclusion, and belonging, and to express these in values in workplace interactions and everyday practices.

- Develop reporting, investigation, communication, and accountability processes, particularly related to actions of racism and occurrences of racial tension or other discriminatory actions.

- Model diversity, inclusion, and belonging for all students and employees to foster an inclusive environment to achieve equitable outcomes.

- Practice and encourage transparent communication in all interactions.

- Commit time and resources to expanding more diverse leadership within our leadership, staff, and advisory bodies.

- Build a sense of community and belonging among staff to increase retention.

- Create an environment where all families have a sense of belonging and inclusion.

- Review this policy on an annual basis to ensure the commitment to equity, diversity, inclusion, and belonging remains at the forefront of our work.

This work is guided by the Everett Public Schools' core values that were created in partnership with our community, and are steeped in steadfast commitment to each student's success:

- **Passion**: We are passionate about teaching and learning.

- **Respect**: We value differences among people and treat one another with respect.

- **Integrity**: We act in good faith, serving others with honesty and dignity. We serve as stewards of the public trust.

**4010**

Page 3 of 3

- **Diversity**: We embrace diversity as an essential asset; we are inclusive and treat our differences as a core strength.

- **Equity**: We honor and support each student's right to learn and achieve.

- **Learning**: We believe each student can learn and achieve to high standards.

- **Collaboration**: We believe in learning and working together, the value of diverse views, and the power of collective wisdom.

| Cross references: | Board Policy 3210 | Nondiscrimination |
| | Board Policy 5010 | Nondiscrimination and Affirmative Action |

Adopted:  May 11, 2021
Updated:  March 2025
Revised:  December 9, 2025

# EXHIBIT B



## THE BOARD OF DIRECTORS

### Legal Status and Operation

### Legal Status

The board of directors of the Everett School District is the corporate entity established by the State of Washington to plan and direct all aspects of the district's operations to ensure quality in the content of the district's educational program and provide students with an opportunity to achieve those skills recognized as requisite to learning.

The policies of the board define the organization of the board and its manner of conducting official business. The board's operating policies are those that the board adopts from time to time to facilitate the performance of its responsibilities.

### Organization

The corporate name of this school district is Everett School District No. 2, Snohomish County, State of Washington. The district is classified as a first-class district and is operated in accordance with the laws and regulations pertaining to first class districts.

In order to fulfill its mission, realize the district vision, and adhere to its core values as established by the Everett Public Schools' Strategic Plan, the board shall exercise the full authority granted to it by the laws of the state. Its legal powers, duties and responsibilities are derived from state statute and regulation. Sources such as the school code (RCW 28A), attorney general's opinions and regulations of the State Board of Education (WAC 180) and the state Office of Superintendent of Public Instruction (WAC 392) delineate the legal powers, duties and responsibilities of the board.

### Number of Members and Terms of Office

The board shall consist of five (5) members, elected at large by ballot by the registered voters of the district. Board members shall hold office for terms of six (6) years and until their successors are elected and qualified. Terms of board members shall be staggered as provided by law. Board members may be elected to unlimited successive terms.

Newly elected members shall take office at the first official meeting of the board of directors after the election results have been certified by the county auditor. Prior to beginning their term, directors shall take and subscribe to an oath of office.

Cross references:     Board Policy 4100          Commitment to Strategic Planning
                      Procedure 1000P            Legal Status and Operation
                      Board Policy 1114          Oath of Office
                      Board Policy 4340          Public Access to District Records

Legal references:    RCW 28A.150.230        District school directors' responsibilities
                     RCW 28A.315.035        Organization of school districts
                     RCW 28A.320.010        Corporate powers
                     RCW 28A.320.020        Liability for debts and judgments
                     RCW 28A.320.040        Bylaws for board and school
                                            government
                     RCW 28A.343.300        Directors—Terms—Number
                     RCW 28A.343.320        Declarations of candidacy—Positions as
                                            separate offices
                     RCW 28A.343.330        Ballots—Form
                     RCW 28A.343.360        Oath of Office
                     RCW 28A.343.600        Certain first-class districts—Staggered
                                            terms
                     RCW 29A.60.270         Local officers, beginning of terms—
                                            Organization of district boards of
                                            directors

| | |
|---|---|
| Adopted: | November 21, 1980 |
| Revised: | October 25, 1993 |
| Revised: | April 22, 1996 |
| Updated: | March 2001 |
| Revised: | March 11, 2003 |
| Revised: | March 25, 2008 |
| Updated: | July 2010 |
| Revised: | May 24, 2011 |
| Updated: | February 2017 |
| Revised: | November 12, 2024 |
| Updated: | December 2025 |

# EXHIBIT C



## THE BOARD OF DIRECTORS

### Duties of Individual Board Members

The authority of individual board members is limited to participating in actions taken by the board as a whole when legally in session. Board members shall not assume responsibilities of administrators or other staff members. The board or staff shall not be bound in any way by any action taken or statement made by any individual board member except when such statement or action is pursuant to specific instructions and official action taken by the board.

Each board member shall review the agenda and any study materials distributed prior to the meeting and be prepared to participate in the discussion and decision-making for each agenda item. Each board member will maintain confidentiality concerning discussions of agenda items that are exempt from the State Open Public Meetings act.

Each member is obligated to attend board meetings regularly. Whenever possible, each member shall give advance notice to the president or superintendent of his/her inability to attend a board meeting. A majority of the board may excuse a director's absence from a meeting if requested to do so. The board shall declare a board member's position vacant after four (4) consecutive unexcused absences from regular board meetings unless the absences were due to illness or authorized by resolution of the board.

If a board member is on active duty or training status with the military, the board will grant an extended leave of absence to cover the period of service or training. The extended leave of absence may not have the effect of extending the board member's term. The board also has the authority to appoint a temporary successor to the absent board member's position. The temporary successor shall serve until the board member returns or until the end of the board member's term.

| | | |
|---|---|---|
| Cross reference: | Board Policy 1115 | Board Member Resignation and Vacancy |
| Legal references: | Chapter 28A.320 RCW | Provisions applicable to all districts |
| | RCW 28A.330.100 | Additional powers of board |
| | RCW 28A.343.390 | Quorum—Failure to attend meetings |
| | RCW 42.12.010 | Causes of vacancy |
| | RCW 73.16.041 | Leaves of absence of elective and judicial officers |

| | |
|---|---|
| Adopted: | November 21, 1980 |
| Revised: | October 25, 1993 |
| Updated: | March 2001 |
| Revised: | March 11, 2003 |
| Revised: | October 25, 2016 |
| Updated: | August 2022 |
| Updated: | November 2024 |

# EXHIBIT D



## THE BOARD OF DIRECTORS

### Meetings

The district must advertise all meetings, including study sessions and retreats, as meetings that are open to the public. If the board wishes to devote all or most of a special meeting to an issue(s) to be discussed in executive session (Board Policy 1410), the special meeting should be called to order and then recessed to an executive session. The purpose of the executive session should be announced at the meeting and recorded in the minutes (e.g., real estate matters, and litigation).

All regular meetings must be held within the district boundaries. Special meetings may be held outside the district with proper notice of the time and location.

It is unlawful for any member of the public to knowingly carry onto, or to possess on, any area of a facility being used for official school board meetings, a dangerous weapon, including but not limited to a firearm, "nun-chu-ka sticks," "throwing stars," air gun or pistol, stun gun, or other dangerous weapon as listed in RCW 9.41.280. The board must ensure that signs providing notice of the restrictions on possession of firearms and other weapons are posted at facilities being used for official meetings of the board.

### Meeting Notices

All public notices of board meetings should inform persons with disabilities and those individuals who may have difficulty physically attending a board meeting that they may contact the superintendent's office, so that the district can arrange for them to participate in board meetings. A regular meeting does not require a public notice if held at the time and place provided by board policy. If the board does not meet at its regular location, the meeting should be treated as a special meeting with proper notice to the press stating the time, place, and purpose of the meeting.

The district is required to notify newspapers and radio and television stations, which have filed a request for such notification.

At a special meeting, no final action can be taken on topics, which have not been identified on the published agenda, the board may discuss items that were not on the original agenda, but the board cannot take final action on any topics that were not identified on the original agenda. If the board is to discuss an item in executive session in accordance with Board Policy 1410, the item of business must also appear on the agenda if final action is to be taken following the executive session.

No meeting notice is required when the board is acting as a quasi-judicial body in a matter between named parties (e.g., hearing on discharge, nonrenewal or discipline of an employee, unless the employee requests a public meeting; hearing regarding the suspension, expulsion, or emergency removal of a student, unless the student requests a public meeting; or for the purpose of planning or adopting strategy or positions to be taken in collective bargaining, grievance, or mediation proceedings, or reviewing such proposals made by a bargaining unit.)

### Meeting Recess and Continuation

The board may recess a regular, special, or recessed meeting to a specific future time. The district must post notice of such a recess and continuation at or near the door of the meeting room. Notification to the press is not required.

### Meeting Recordings

Effective June 30, 2024, all regular and special meetings of the board at which a final action is taken, or formal public testimony is accepted, except executive sessions or emergency meetings, will be audio recorded and such recordings will be maintained for at least one (1) year. The recording will include the comments of the directors, and the comments of members of the public if formal public testimony is accepted at the meeting.

Subject to the limitations on identifiable records in Board Policy 4340 and Procedure 4340P, board meeting recordings must be provided electronically to the public upon request. It is not a violation of policy or law if the district attempts to record a meeting in good faith and, due to technological issues, a recording is not made or if any or all of a recording is unintelligible. When possible, the district will make the content of school board meetings, or a summary thereof, available in formats accessible to individuals who need communication assistance and in languages other than English.

Cross references:     Board Policy 1400          Meetings
                      Schedule 1400S             School Board Meeting Schedule

Adopted:     November 21, 1980
Revised:     October 25, 1993
Updated:     March 2001
Updated:     November 2013
Revised:     January 2019
Revised:     October 2022
Revised:     August 2023

# EXHIBIT E



## <u>COMMUNITY RELATIONS</u>

### <u>Diversity, Equity, Inclusion, and Belonging</u>

Everett Public Schools is a diverse, inclusive, and equitable school district where all students, employees, and volunteers, whatever their protected status, should feel valued and respected. The district respects diverse life experiences, heritages, and values, and welcomes the many languages and dialects spoken by its students, employees, and volunteers. All students, employees and volunteers should feel safe, healthy, engaged, and supported by the district.

The district is committed to a nondiscriminatory approach and equitable outcomes for all. We acknowledge the historical role educational institutions have played in creating and implementing policies and practices that result in predictably lower academic and graduation outcomes and disproportionate disciplinary action for students of color. We recognize these disparities contradict our beliefs and values about what students can achieve, and we affirm the important role of adults in ensuring conditions for success. We are committed to removing barriers, and to ensuring students access, opportunity, and inclusion throughout our system.

The district will work to eliminate inequitable practices aggressively and efficiently within our system. We will allocate resources to provide equitable education and environments to all children and families regardless of gender, race, ethnicity, national origin, age, sexual orientation or identity, education, or physical, sensory, or mental ability.

<u>The board commits to:</u>

- Provide system-wide direction, support, oversight, and shared accountability to advance equity and eliminate inequities in Everett Public Schools.

- Affirm, inspire, and serve each student in our diverse population, especially students who have been marginalized through race or other means, and students who face significant barriers.

- Create opportunities and remove barriers to identify and nurture strengths in each student and to ensure our community can in turn be strengthened by each student.

- Provide ongoing board development and learning opportunities about inequities and biases that impact students, staff, and families in our community, and about effective strategies for addressing them.

- Address inequities and biases that create feelings of fear, lack of belonging, and academic, social, and emotional barriers for students, all of which can contribute to reduced academic participation and performance.

- Ensure our policies directly address racism and occurrences of racial tension in ways that both provide positive guidelines and expectations, and that direct development of robust reporting and investigation processes.

<u>This policy establishes that our district shall:</u>

- See diversity, inclusion, and equity as connected to its mission and critical to promoting the well-being of the staff, students, and communities it serves.

- Dismantle any inequities within its policies, systems, programs, and services, and to consistently update and report on organizational progress.

- Adopt curriculum, and teaching and learning strategies, that leverage, reflect, and affirm the unique experiences and social, racial, cultural, linguistic, and familial backgrounds of the Everett Public Schools community.

- Ensure disciplinary actions are undertaken without bias and/or disproportionality.

- Implement hiring processes that proactively support the district's commitment to hiring, recruitment, and retention of highly qualified staff of color and that promote and honor other aspects of a diverse workforce.

- Provide professional development to staff and students in anti-racist practices, equitable practices, culturally responsive teaching practices, eliminating microaggressions, and bias awareness.

- Expect all employees to embrace equity, inclusion, and belonging, and to express these in values in workplace interactions and everyday practices.

- Develop reporting, investigation, communication, and accountability processes, particularly related to actions of racism and occurrences of racial tension or other discriminatory actions.

- Model diversity, inclusion, and belonging for all students and employees to foster an inclusive environment to achieve equitable outcomes.

- Practice and encourage transparent communication in all interactions.

- Commit time and resources to expanding more diverse leadership within our leadership, staff, and advisory bodies.

- Build a sense of community and belonging among staff to increase retention.

- Create an environment where all families have a sense of belonging and inclusion.

- Review this policy on an annual basis to ensure the commitment to equity, diversity, inclusion, and belonging remains at the forefront of our work.

This work is guided by the Everett Public Schools' core values that were created in partnership with our community, and are steeped in steadfast commitment to each student's success:

- **Passion**: We are passionate about teaching and learning.

- **Respect**: We value differences among people and treat one another with respect.

- **Integrity**: We act in good faith, serving others with honesty and dignity. We serve as stewards of the public trust.

- **Diversity**: We embrace diversity as an essential asset; we are inclusive and treat our differences as a core strength.

- **Equity**: We honor and support each student's right to learn and achieve.

- **Learning**: We believe each student can learn and achieve to high standards.

- **Collaboration**: We believe in learning and working together, the value of diverse views, and the power of collective wisdom.

| Cross references: | Board Policy 3210 | Nondiscrimination |
| | Board Policy 5010 | Nondiscrimination and Affirmative Action |

Adopted:  May 11, 2021
Updated:  March 2025
Revised:  December 9, 2025

# EXHIBIT F



## STUDENTS

## Nondiscrimination

The district is committed to complying with anti-discrimination laws.

## Definition

"Protected status" is short for the phrase "sex, race, ethnicity, creed, religion, color, national origin, honorably discharged veteran or military status, sexual orientation, gender expression, gender identity, homelessness, immigration or citizenship status, the presence of any sensory, mental, or physical disability, neurodivergence, or the use of a trained dog guide or service animal by a person with a disability, and provides equal access to the Boy Scouts and other designated youth groups."

## Nondiscrimination Statement

The district will adopt a nondiscrimination statement that must include the following:

1. Notice that the district may not discriminate in any programs or activities based on sex, race, ethnicity, creed, religion, color, national origin, honorably discharged veteran or military status, sexual orientation, gender expression, gender identity, homelessness, immigration or citizenship status, the presence of any sensory, mental, or physical disability, neurodivergence, or the use of a trained dog guide or service animal by a person with a disability, and provides equal access to the Boy Scouts and other designated youth groups.

2. The name or title, office address, and telephone number of the employee designated as the compliance officer under this policy, the Section 504 Coordinator, and the Title IX Coordinator.

3. Notice that the district provides equal access to the Boy Scouts of America and any other youth group listed in Title 36 of the United States Code as a patriotic society.

The district will include this statement in written announcements, notices, recruitment materials, employment application forms, and other publications made available to all students, parents, or employees.

The district may combine the statement described above with the notice described in Policy 3205.

## Model Student Handbook Language

The district will adopt the model student handbook language described in RCW 28A.300.286 and include the language in any student, parent, employee, and volunteer handbook it or its schools publish and on its and its schools' websites.

## Discriminatory Harassment

Students have a right to be free from discriminatory harassment. The district violates that right if the following conditions are met:

1. The alleged conduct is based on a student's protected status.

2. The alleged conduct creates a hostile environment. A hostile environment is created if the alleged conduct is sufficiently severe, persistent, or pervasive that it limits or denies a student's ability to participate in or benefit from the district's course offerings, including any educational program or activity. A hostile environment could impact a student's life in many ways. Physical illness, anxiety about going to school, or a decline in grades or attendance could signal a hostile environment.

3. After receiving notice of the alleged conduct, the district fails to take prompt and appropriate action to investigate it or fails to take prompt and effective steps reasonably calculated to end the harassment, eliminate the hostile environment, prevent its recurrence, and remedy its effects as appropriate. The district has notice of discriminatory harassment if a reasonable employee knew or, in the exercise of reasonable care, should have known about the harassment. Employees may have notice of discriminatory harassment if they receive an oral report from a student, parent, or other individual; receive a written complaint; witness harassing conduct; or become aware of harassment by members of the community or the media.

Harassing conduct may include verbal acts and name-calling, graphic and written statements, or other conduct that may be physically threatening, harmful, or humiliating.

When the district receives notice of potential discriminatory harassment, it will take prompt and appropriate action to investigate and, as applicable, take prompt and effective steps reasonably calculated to end the harassment, eliminate the hostile environment, prevent its recurrence, and remedy its effects. Examples of the steps the district might take include imposing discipline, separating individuals, developing a safety plan, offering counseling, and providing additional training and instruction. These steps will not penalize the student who was harassed.

## Complaint Procedure

The district will adopt a complaint procedure in accordance with Chapter 392-190 WAC.

Annually, the district will publish a notice of the complaint procedure in a way that is reasonably calculated to inform all students, parents, and employees of it. The district will provide the notice in a language each parent can understand, which may require language assistance in accordance with Title VI of the Civil Rights Act of 1964 for those with limited English proficiency.

The district will not adopt any policy, procedure, or practice that would limit a person's right to file a complaint under the complaint procedure.

## Compliance Officer

The superintendent will designate an employee who is responsible for monitoring and coordinating the district's compliance with Chapter 392-190 WAC and the guidelines the Office of the Superintendent of Public Instruction (OSPI) has adopted under WAC 392-190-005.

The compliance officer is responsible for ensuring that all complaints filed under the complaint procedure are promptly investigated and resolved.

## Training

The district will train all administrators, certificated personnel, and classroom personnel regarding their responsibilities under this policy and Chapter 392-190 WAC. The training will aim to raise awareness of and eliminate bias based on sex, race, ethnicity, creed, religion, color, national origin, honorably discharged veteran or military status, sexual orientation, gender expression, gender identity, homelessness, immigration or citizenship status, the presence of any sensory, mental, or physical disability, neurodivergence, or the use of a trained dog guide or service animal by a person with a disability, and provides equal access to the Boy Scouts and other designated youth groups.

## Retaliation Prohibited

The district will not intimidate, threaten, coerce, or discriminate against any individual who seeks to secure their rights under this policy or Chapter 392-190 WAC or because the individual has filed a complaint under the complaint procedure. Further, the district will not tolerate someone else retaliating against another because they sought to secure their rights under this policy or Chapter 392-190 WAC or because they have filed a complaint under the complaint procedure.

Any person who retaliates will be subject to appropriate discipline.

| Cross references: | | |
|---|---|---|
| | Board Policy 2030 | Service Animals in Schools |
| | Board Policy 2121 | Curriculum Development and Review |
| | Board Policy 2140 | Program Requirements |
| | Board Policy 2150 | Co-Curricular Program |
| | Board Policy 2151 | Interscholastic Athletics/Activities |
| | Board Policy 2152 | Nondiscrimination on the Basis of Sex in Education Programs and Activities and Title IX |
| | Board Policy 2211 | Education of Students with Disabilities Under Section 504 of the Rehabilitation Act of 1973 |
| | Board Policy 2311 | Course Design, Selection, and Adoption of Instructional Material |
| | Board Policy 3204 | Prohibition of Harassment, Intimidation or Bullying of Students |
| | Board Policy 3205 | Sexual Harassment of Students |
| | Procedure 3210P | Nondiscrimination |
| | Board Policy 3211 | Pregnant Students |
| | Board Policy 3213 | Gender-Inclusive Schools |
| | Board Policy 3221 | Student Publications |
| | Board Policy 3300 | Student Discipline |
| | Board Policy 3418 | Animals in Schools |
| | Board Policy 4218 | Language Access |
| | Board Policy 4333 | Non School Use of Buildings, Grounds and Equipment |

**3210**
Page 4 of 4

| Legal references: | RCW 28A.300.286 | Discrimination, harassment, intimidation, and bullying—Policies and complaint procedures—Posting of model student handbook language |
| | Chapter 28A.640 RCW | Sexual equality |
| | Chapter 28A.642 RCW | Discrimination prohibited |
| | Chapter 49.60 RCW | Discrimination—Human rights commission |
| | Chapter 392-190 WAC | Equal educational opportunity—Unlawful discrimination prohibited |
| | 20 U.S.C. 1681-1688 | Title IX of the Education Amendments of 1972—Discrimination based on sex or blindness |
| | 20 U.S.C. 7905 | Equal access to public school facilities—Boy Scouts of America Equal Access Act |
| | 34 CFR Part 100 | Nondiscrimination Under Programs Receiving Federal Assistance Through the Department of Education Effectuation of Title VI of the Civil Rights Act of 1964 |
| | 34 CFR Part 104 | Nondiscrimination on the Basis of Handicap in Programs or Activities Receiving Federal Financial Assistance |
| | 34 CFR Part 106 | Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance |
| | 42 U.S.C. 12101-12213 | Americans with Disabilities Act |
| | 42 U.S.C. 2000d Et Seq. | Title VI of the Civil Rights Act of 1964 |

| | | | | |
|---|---|---|---|---|
| Adopted: | November 21, 1980 | | Updated: | February 2018 |
| Revised: | March 20, 1995 | | Updated: | June 2019 |
| Revised: | October 1997 | | Updated: | December 2019 |
| Updated: | March 2001 | | Updated: | January 2020 |
| Revised: | November 13, 2001 | | Updated: | July 2020 |
| Revised: | March 19, 2002 | | Updated: | August 2022 |
| Updated: | September 2006 | | Updated: | September 2022 |
| Updated: | November 2008 | | Updated: | August 2023 |
| Revised: | June 28, 2011 | | Updated: | September 2024 |
| Updated: | December 2011 | | Revised: | March 25, 2025 |
| Revised: | June 23, 2015 | | Updated: | June 2025 |
| Updated: | March 2017 | | Revised: | August 19, 2025 |

# EXHIBIT G



**2340**
Page 1 of 1

## <u>INSTRUCTION</u>

### <u>Religious-Related Activities and Practices</u>

The board recognizes that views and opinions regarding the relationship of the schools and religion are diverse. While community opinions are important in shaping policy, the board must comply with the United States and Washington State constitutions, federal and state law, and the decisions made by the respective courts when establishing guidelines for making decisions regarding religious-related activities and practices. The board accepts the declaration of the State Board of Education that "all students…possess the constitutional right to the free exercise of religion and to have their schools free from sectarian control or influence."

The superintendent will establish procedures to preserve the rights of all students within the framework of the respective laws.

| | | |
|---|---|---|
| Cross references: | Board Policy 2153 | Student Group Meetings (Limited Open Forum) |
| | Procedure 2340P | Religious-Related Activities and Practices |
| | Board Policy 3122 | Attendance |
| | Board Policy 3220 | Freedom of Expression |
| | Board Policy 3223 | Freedom of Assembly |
| | Board Policy 3224 | Student Dress |
| | Board Policy 4140 | Distribution of Information |
| | Board Policy 4312 | Complaints to Board Members Concerning Staff |
| | Board Policy 4321 | Contests, Advertising and Promotions |
| | Board Policy 4322 | Public Performances |
| | Board Policy 4333 | Non School Use of Buildings, Grounds and Equipment |
| Legal references: | RCW 28A.600.025 | Students' rights of religious expression—Duty of superintendent of public instruction to inform school districts |
| | U.S. Constitution | First Amendment, Fourteenth Amendment |
| | Washington State Constitution | Article I, Section 11 Article IX (9), Section 4 Article XXVI (26) |

| | | | |
|---|---|---|---|
| Adopted: | June 5, 1995 | Revised: | March 13, 2012 |
| Revised: | January 25, 2000 | Updated: | March 2017 |
| Updated: | January 2001 | Updated: | February 2018 |
| Updated: | September 2006 | Updated: | January 2020 |
| Updated: | November 2011 | | |

# EXHIBIT H

## INSTRUCTION

### Religious-Related Activities and Practices

The Everett School District shall remain neutral in matters involving religion. The district will adhere to the following guidelines:

A. Instruction about religious matters and/or using religious materials shall be conducted in an objective, neutral, non-devotional manner and shall serve a secular educational purpose. History, sociology, literature, the arts and other disciplines taught in school may have a religious dimension. Study of these disciplines, including the religious dimension, shall give neither preferential nor disparaging treatment to any single religion in general and must not be introduced or utilized for devotional purposes.

Criteria used to guide academic inquiry in the study of religion shall seek the same neutrality, objectivity and educational effectiveness expected in other areas of the curriculum. In addition, materials and activities should be sensitive to America's pluralistic society and should educate rather than indoctrinate. Instructional activities should meet the three-part test established and used by the U.S. Supreme Court to determine constitutionality:

1. The activity must have a secular purpose;

2. The activity's principal or primary effect must be one that neither advances nor inhibits religion; and

3. The activity must not impose excessive involvement on the part of the school in order to maintain a neutral position towards the advancement of religion. This constitutional restriction shall not preclude a student from expressing his/her views relative to belief or non-belief about a religious-related issue in compositions, reports, music, art, debate and classroom discussion, when consistent with the assignment.

All religious-related instructional materials and/or activities must relate to secular student learning goals or standards.

Staff shall avoid assigning work that emphasizes the religious aspects of a holiday. Individual students should be allowed, at their own direction, to use religious personages, events or symbols as a vehicle for artistic expression, if consistent with the assignment.

State law prohibits staff from requiring that students reveal, analyze or critique their religious beliefs, from grading academic work on its religious expression if any, from censoring or imposing consequences on students who engage in religious expression in accordance with the law, or from imposing the religious beliefs of the staff member on students.

B. A student may decline to participate in a school activity that is contrary to his/her religious convictions.

C. School resources, including facilities, real property, bulletin boards and communication systems may be used by religious groups or for religious purposes only in accordance with procedures developed by the superintendent or designee. Such use must be outside of school hours or when allowable use will not interfere with the school program in compliance with Board Policy 4333 – Non-School Use of Buildings, Grounds and Equipment.

D.  If non-curriculum-related student groups are permitted to meet on school premises immediately before or after school hours, students shall be permitted to meet to discuss religious, political, philosophical or other issues provided such group meetings are student-initiated and student-managed in compliance with Board Policy 2153 – Student Group Meetings (Limited Open Forum).

E.  A student, upon the request of a parent/guardian, may be excused to participate in religious instruction for a portion of a school day provided the activity is not conducted on school property and provided that the student's regular educational program is not disrupted. Credit shall not be granted for such instruction.

F.  When scheduling important school activities and testing, the district and its schools shall attempt to avoid dates which conflict with religious holidays that may be observed by some students.

G.  Material and/or announcements promoting religion may not be distributed by non-students or on behalf of groups or individuals who are not students.

A student may distribute religious literature under the same conditions that other literature may be distributed on the campus provided that such distribution does not intrude on the operation of the school in compliance with Board Policy 3222 – Distribution of Materials.

H.  Students may wear religious attire or symbols provided they are not materially and substantially disruptive to the educational process.

I.  Religious services, programs or assemblies shall not be conducted in school facilities during school hours or in connection with any school sponsored or school related activity. Speakers and/or programs that convey a religious or devotional message are prohibited. This restriction does not preclude the presentation of choral or musical assemblies, which may use religious music or literature as a part of the program or assembly.

Musical, artistic and dramatic presentations, which have a religious theme may be included in course work and programs on the basis of their particular artistic and educational value or traditional secular usage. They shall be presented in a neutral, non-devotional manner, be related to the objective of the instructional program, and be accompanied by comparable artistic works of a non-religious nature.

Since a variety of activities are included as part of a holiday theme, care must be exercised to focus on the historical and secular aspects of the holiday rather than its devotional meanings. Music programs shall not use the religious aspect of a holiday as the underlying message or theme. Pageants, plays and other dramatic activities shall not be used to convey religious messages. Religious symbols such as nativity scenes, if used, shall be displayed in conjunction with a variety of secular holiday symbols so that the total presentation emphasizes the cultural rather than religious significance of the holiday.

J.  There shall be no school sponsorship of baccalaureate services. Interested parents and students may plan and organize baccalaureate exercises provided that the service is not promoted through the school. Staff and student participation in baccalaureate services is voluntary.

Neither the district nor individual schools shall conduct or sanction invocations, benedictions or prayer at any school activities including graduation.

K.  As a matter of individual liberty, a student may of his/her own volition engage in private, non-disruptive prayer at any time not in conflict with learning activities. School staff shall neither encourage, nor discourage a student from engaging in non-disruptive oral or silent prayer or any other form of devotional activity.

Students, parents and staff who are aggrieved by practices or activities conducted in the school or district may register their concern with the building principal or district superintendent.

Cross reference:        Board Policy 2340      Religious-Related Activities and Practices

Adopted:   January 2000
Updated:   November 2011

# EXHIBIT I



**STUDENTS**

**Distribution of Materials**

Students may distribute student publications or other materials on school premises in accordance with procedures developed by the superintendent. Such procedures may impose limits on the time, place, and manner of distribution

Students responsible for the distribution of material that leads to a substantial disruption of school activities or otherwise materially interferes with school operations shall be subject to corrective action, including suspension or expulsion, consistent with student discipline policies.

Persons other than students may not distribute materials on school grounds.

Cross references:     Board Policy 3220     Freedom of Expression
     Procedure 3222P     Distribution of Materials
     Board Policy 3300     Student Discipline

Legal references:     Chapter 28A.600 RCW     Students
     SSB 5064 Chapter 125, Laws of 2018, Student Freedom of Expression

Adopted:  November 21, 1980
Revised:  July 13, 1987
Revised:  March 20, 1995
Revised:  February 8, 1999
Updated:  March 2001
Revised:  March 21, 2006
Updated:  September 2006
Updated:  December 2011
Revised:  July 7, 2015
Revised:  July 3, 2018
Updated:  June 2019
Updated:  January 2020

# EXHIBIT J



**STUDENTS**

**Distribution of Materials**

Distribution of materials by students shall not cause a substantial disruption of school activities or materially interfere with school operations. Students will be subject to corrective action depending on the nature of the disruption or interference resulting from the distribution of materials.

The following guidelines are in effect in each school building:

A.  Materials may be distributed before or after the school day at points of entry/exit of school buildings.

B.  Students may also seek permission from the school principal or assistant principal to distribute materials at other times and locations.


Cross reference:            Board Policy 3222            Distribution of Materials


Adopted:    February 2006    
Updated:    December 2011    
Revised:    July 2015    
Revised:    July 2018

# EXHIBIT K



**From:** Darcie Hammer <darciehammertime@gmail.com>
**Sent:** Thursday, April 24, 2025 10:17 AM
**To:** Carbajal, Linda A. <LCarbajal@everettsd.org>
**Cc:** Sarah Sweeny <sweenys0@yahoo.com>
**Subject:** Hello. Regarding Community Resource Fair

Hi Linda,

I hope you are enjoying this beautiful sunshine! I just saw the Peach Jar Flyer that was advertising the Community Resource Fair happening there on May 14th. I was wondering who I could talk to about having a booth there for LifeWise Academy? Please let me know who I can talk to about that or how I can apply to get a booth. We would love to be a part of that if that is possible.

Thank you so much!

Darcie Hammer

**Stop - Think - Verify:** This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

# EXHIBIT L

**From:** School Board
**To:** ████████ School Board
**Cc:** ████████████
**Subject:** RE: Opposition to LifeWise Religious Release Program in Schools
**Date:** Wednesday, May 28, 2025 9:52:11 AM
**Attachments:** image001.png

Dear ████████:

On behalf of the board, thank you for your thoughtful email and for speaking to the board at last night's meeting regarding your opposition to religious release programs during the school day. We appreciate the time you took to share your perspective and the seriousness with which you approach the role of public education in supporting an inclusive and academically focused environment for all students. Your message has been shared with the board, and we value the insights and community engagement it represents.

Please know that we are committed to listening to all voices in our community as we consider policies that impact the educational experience of our students. Thank you again for reaching out and contributing to this important conversation and for your continued support of Everett Public Schools.

Best regards,

 **Traci Mitchell**
**Board of Directors, President**
traci.mitchell@everettsd.org
425-369-2065

---

**From:** ████████████████████
**Sent:** Tuesday, May 27, 2025 11:22 AM
**To:** School Board <SchoolBoard@everettsd.org>
**Subject:** Opposition to LifeWise Religious Release Program in Schools

Dear School Board Members,

I am writing to express my strong opposition to the practice of removing students from the classroom for religious instruction during the school day. The primary mission of our district is to provide a robust education, and programs that disrupt learning for some while creating division among students should not be allowed.

Recent decisions by other districts, such as Columbus City Schools, demonstrate the growing concerns surrounding such programs. Columbus has moved to prohibit groups like LifeWise Academy from handing out candy and other items, ensuring that students are not incentivized to leave the classroom for non-educational activities. Additionally, the district has mandated background checks for all volunteers involved in religious release programs, reinforcing the need for oversight in any initiative that interacts with students. These actions highlight the inherent distractions and concerns associated with allowing such programs to operate during school hours.

Beyond the disruption to classroom learning, these programs create an exclusionary environment where students who do not participate are left behind, reinforcing social divisions within the school community. Education should be the priority, and allowing external religious programs to pull students away from their lessons contradicts this fundamental goal.

Public education serves students of diverse backgrounds, beliefs, and perspectives. Introducing religious instruction during school hours risks disrupting the neutrality that is essential to an equitable learning environment. Such programs can create unnecessary division among students and detract from the primary mission of public education: fostering academic excellence and critical thinking without religious affiliation.

While the 1952 Zorach v. Clauson Supreme Court ruling permits school districts to authorize such programs, it does not mandate them. I strongly believe that the Everett School District should prioritize a secular, inclusive education and reject policies that may introduce divisiveness into our public schools.

I urge the Everett School District to revoke approval of this divisive distraction and to reaffirm the District's commitment to secular education. Any proposals that would release students for religious instruction during the school day should be declined. Preserving a focus on core academic subjects ensures that all students receive an education rooted in inclusivity, fairness, and intellectual growth.

Thank you for your time and consideration. I hope the district will stand firm in its commitment to providing a public education system that is free from religious influence during instructional hours.

Sincerely,



**Stop - Think - Verify:** This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.



**From:** Darcie Hammer <darciehammertime@gmail.com>
**Sent:** Thursday, April 24, 2025 10:17 AM
**To:** Carbajal, Linda A. <LCarbajal@everettsd.org>
**Cc:** Sarah Sweeny <sweenys0@yahoo.com>
**Subject:** Hello. Regarding Community Resource Fair

Hi Linda,

I hope you are enjoying this beautiful sunshine!  I just saw the Peach Jar Flyer that was advertising the Community Resource Fair happening there on May 14th.  I was wondering who I could talk to about having a booth there for LifeWise Academy?  Please let me know who I can talk to about that or how I can apply to get a booth.  We would love to be a part if that is possible.

Thank you so much!

Darcie Hammer

**Stop - Think - Verify:** This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.



**From:** ███████████████████
**Sent:** Tuesday, September 9, 2025 12:58 PM
**To:** School Board <SchoolBoard@everettsd.org>
**Subject:** RTRI policy/LifeWise Academy in Everett Public Schools

You don't often get email from ███████████.    Learn why this is important

**To the Everett School Board,**

As a concerned community member, parent, and advocate for public education, I urge you to rescind Everett Public Schools' Released Time Religious Instruction (RTRI) policy. Specifically, I am troubled by the loophole that allows LifeWise Academy to operate during school hours. The CEO of LifeWise has even referred to this as "a constitutional loophole so wide you could drive a church van through it."

Let's be clear: LifeWise's use of RTRI may be technically compliant with the 1952 Supreme Court ruling in *Zorach v. Clauson*, but it's a Trojan horse. The Court allowed religious instruction off-campus during school hours only if it was voluntary, privately funded, and physically separate from school grounds. LifeWise checks those boxes—but only to slip through the back door of our public schools and indoctrinate children under the guise of "character education."

This isn't about faith. It's about disruption, coercion, and the erosion of public education.

Students are missing core instruction—STEM, music, art—to attend LifeWise sessions. Teachers have testified to the weekly loss of learning time. Parents have protested, chanting "Keep Church and State Separate" and "Our Public Schools Are Not Mission Fields." And they're right. LifeWise's presence during school hours creates an "us vs. them" dynamic, where non-participating students are judged, isolated, and even told they're going to Hell.

This is not character education. It's religious indoctrination rooted in a narrow, exclusionary interpretation of the Bible. Their curriculum includes teachings that label same-sex relationships, gender transition, and non-marital cohabitation as sinful. These messages are not just inappropriate—they're harmful, especially to LGBTQ+ students and those from non-Christian households.

And the organization behind it? LifeWise Academy was founded in 2018 by Joel Penton, a former Ohio State football player turned motivational speaker. It's a division of the ministry Stand for Truth, with deep ties to far-right groups like the Center for Christian Virtue (listed as a hate group by the SPLC), the Heritage Foundation (architects of Project 2025), and Moms for Liberty. This is not a neutral educational partner—it's a political actor with a stated goal of dismantling public education from the inside out.

LifeWise's track record is riddled with red flags:

- A director fired for prior sexting allegations—uncovered by locals, not LifeWise's background checks.
- A facility rented next to registered sex offenders—again, discovered by the community.
- A lawsuit from a former employee alleging age discrimination and falsified work hours.
- A settlement over curriculum transparency, which LifeWise now controls with arbitrary 48-hour access windows.

There have been reports that LifeWise lures students with toys and peer pressure, creating a religious popularity contest in our schools.

Other districts have already taken action. Westerville and Worthington City Schools, in Ohio, voted unanimously to rescind their RTRI policy, citing disruptions and loss of instructional time. Everett should follow suit.

If LifeWise wants to offer Bible study, let them do it after school—like every other religious group. Our classrooms are not mission fields. Our children are not pawns. And our public schools should not be pipelines for dominionist ideology.

Rescind the RTRI policy. Protect instructional time. Defend public education.

Sincerely,

████████████
██████████████
██████████████████

Stop - Think - Verify: This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

**From:** ⬛ School Board
**To:** ⬛
**Cc:** ⬛
**Subject:** RE: Request for meeting
**Date:** Friday, May 23, 2025 10:00:44 AM
**Attachments:** image001.png

Dear ⬛⬛⬛⬛⬛⬛:

Thank you for the congratulations ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. It sounds as though you may have already been in contact with our school district administration about this topic and that there were some additional separate meetings that have already taken place are ongoing with district staff. I have shared your email with district staff and will follow up with them regarding your concerns. We welcome your feedback to the school board, but in order to make sure our entire board receives the same information, there are several avenues to address the entire board as a whole, such as email to schoolboard@everettsd.org or public comment at a board meeting, instead of separate meetings with individual board members.  In doing so, it will ensure that we all hear the same information and will also provide a public record of your comments.

I would encourage you to continue to communicate with district staff. The superintendent does a great job keeping us informed of the status of the program and legal options available to the board. Thank you for your interest and support in the best outcomes for our students.

Sincerely,

 **Anna Marie Jackson Laurence**
Board of Directors
annmarie.laurence@everettsd.org
425-385-4018

---

**From:** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent:** Sunday, May 18, 2025 9:56 PM
**To:** Laurence, Anna Marie <Annamarie.laurence@everettsd.org>
**Subject:** Request for meeting

> You don't often get email from ⬛⬛⬛⬛⬛⬛. Learn why this is important

Dear Director Jackson Laurence,

Congratulations on your appointment to the Everett School Board! I hope that your transition into the role is going smoothly and that you find the work rewarding. I write to you with the hope of scheduling a meeting to discuss an issue of concern. You may be aware of a recent Everett Herald article about the Christian Nationalist "bible-education" program removing children from public school. It is my position that they are purposefully blurring the line between the separation of church and state. While they are legally *allowed* to operate under the Supreme Court Case *Zorach vs. Clauson*, the ruling does not mandate that schools permit such groups to take kids out of school during school hours. As the parent of a ⬛⬛⬛⬛⬛⬛ at Emerson Elementary School, where the LifeWise program began this year, I believe that these programs are incredibly problematic and should be restricted in our district.

LifeWise and other release time religious instruction (RTRI) programs are divisive in a school community, as I have already seen to be true in our wonderful school in Everett. Our staff and administrators have worked intentionally to build community in my three years at the school; however, LifeWise removes large groups of students (currently 51 students enrolled) in the middle of the school day and buses them off campus to a local church. In a time when we should be seeking ways to come together, this program literally divides our children during school hours. In addition, the founders of the program speak openly about how elementary public school children are their "mission field," and to this end, students are encouraged to invite their friends. Program teams have also been known to use candy for promotion, and students who participate wear bright red LifeWise t-shirts on LifeWise days. Children who do not attend may feel excluded from this weekly "field trip," especially in other parts of the country, where LifeWise is more established and where a majority of students are enrolled. I believe that the LifeWise organization is utilizing strategies such as these to intentionally exploit children, whose brains are not yet matured, in order to spread their particular view of Christianity.

LifeWise is disruptive and deceitful. Regardless of claims to not utilize public funds, school administrators must manage the comings and goings of dozens of students in a short period of time, including tracking attendance as well as gathering students who do not show up on time to leave for the LifeWise session. Additionally, teachers are forced to navigate conversations about religious content during instructional time, as students return from LifeWise and want to share with their classmates. Parents like myself who are concerned about what their children may be exposed to during these conversations encounter barriers in accessing the LifeWise curriculum. In contrast to public schools, they hide their curriculum behind a cumbersome, 48-hour-access process. Their internal documentation not related to the curriculum, which is available to only their teachers, preaches a message of exclusion and adverse judgement, evident in the program's "Difficult Questions From Students" document. These practices and their views lie in sharp contrast to the strong community of inclusion and acceptance as evinced in Everett School District District Policy 0010.

I would like to schedule a meeting with you soon to discuss my concerns and hopeful expectations for a revised RTRI Policy to reign in their reach and incursion. I'd be happy to meet for coffee or in your office, whichever is most convenient for you ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ will do my best to make myself available on your schedule. Again, welcome to the Everett School Board, and I look forward to hearing from you.

Sincerely,

⬛⬛⬛⬛⬛⬛⬛⬛
Parent, Emerson Elementary

--
⬛⬛⬛⬛⬛⬛⬛⬛

**Stop - Think - Verify: This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.**

**From:** School Board
**To:** ███████
**Cc:** ███████
**Subject:** RE: RTRI policy/LifeWise Academy in Everett Public Schools
**Date:** Friday, September 12, 2025 12:49:56 PM
**Attachments:** image001.png

Dear ███████:

On behalf of the board, thank you for taking the time to share your concerns about LifeWise. We value the research, thought, and passion you shared in your letter. It is important for the board to hear from our parents, and we appreciate you sharing this with us.

I would like to share with you the message I shared with the public during the September 9, 2025, school board meeting, as I believe it is the clearest way to address both your concerns and those of the board: *"I can tell you that we, as a board, do not support or endorse programs that offer off-campus religious instruction during the school day and prefer that students stay at school. Parents, though, do have the right to ask the district to release their child from school, for religious or non-religious purposes, and into the care of a named adult, if they themselves are not picking that child up. The district does not give permission to any organization to release students. It must be a parent or guardian who makes that decision into the hands of another parent or guardian or designated adult, either in a written note or an email, at each of those occurrences. I believe it's important for the public to know that no organization operates religious activities within our schools during school hours. The district does not allow or give permission to any religious organization to take students off-site. Rather, parents choose to seek the release of their students to an adult who then takes them off-site for that program only. What we are allowing is during lunch and recess."*

For additional clarity, parent/guardian guidelines regarding the release of students for religious-related activities, as well as answers to frequently asked questions, are now available on the district's attendance website.

Once again, please know that we hear your concerns and value the time you took to share them with us.

Sincerely,

  **Traci Mitchell**
**Board of Directors, President**
traci.mitchell@everettsd.org
425-359-2065

---

**From:** ███████
**Sent:** Tuesday, September 9, 2025 12:58 PM
**To:** School Board <SchoolBoard@everettsd.org>
**Subject:** RTRI policy/LifeWise Academy in Everett Public Schools

> You don't often get email from ███████. Learn why this is important

**To the Everett School Board,**

As a concerned community member, parent, and advocate for public education, I urge you to rescind Everett Public Schools' Released Time Religious Instruction (RTRI) policy. Specifically, I am troubled by the loophole that allows LifeWise Academy to operate during school hours. The CEO of LifeWise has even referred to this as "a constitutional loophole so wide you could drive a church through it."

Let's be clear: LifeWise's use of RTRI may be technically compliant with the 1952 Supreme Court ruling in *Zorach v. Clauson*, but it's a Trojan horse. The Court allowed religious instruction off-campus during school hours only if it was voluntary, privately funded, and physically separate from school grounds. LifeWise checks those boxes—but only to slip through the back door of our public schools and indoctrinate children under the guise of "character education."

This isn't about faith. It's about disruption, coercion, and the erosion of public education.

Students are missing core instruction—STEM, music, art—to attend LifeWise sessions. Teachers have testified to the weekly loss of learning time. Parents have protested, chanting "Keep Church and State Separate" and "Our Public Schools Are Not Mission Fields." And they're right. LifeWise's presence during school hours creates an "us vs. them" dynamic, where non-participating students are judged, isolated, and even told they're going to Hell.

This is not character education. It's religious indoctrination rooted in a narrow, exclusionary interpretation of the Bible. Their curriculum includes teachings that label same-sex relationships, gender transition, and non-marital cohabitation as sinful. These messages are not just inappropriate—they're harmful, especially to LGBTQ+ students and those from non-Christian households.

And the organization behind it? LifeWise Academy was founded in 2018 by Joel Penton, a former Ohio State football player turned motivational speaker. It's a division of the ministry Stand for Truth, with deep ties to far-right groups like the Center for Christian Virtue (listed as a hate group by the SPLC), the Heritage Foundation (architects of Project 2025), and Moms for Liberty. This is not a neutral educational partner —it's a political actor with a stated goal of dismantling public education from the inside out.

LifeWise's track record is riddled with red flags:

- A director fired for prior sexting allegations—uncovered by locals, not LifeWise's background checks.
- A facility rented next to registered sex offenders—again, discovered by the community.
- A lawsuit from a former employee alleging age discrimination and falsified hours.
- A settlement over curriculum transparency, which LifeWise now controls with arbitrary 48-hour access windows.

There have been reports that LifeWise lures students with toys and peer pressure, creating a religious popularity contest in our schools.

Other districts have already taken action. Westerville and Worthington City Schools, in Ohio voted unanimously to rescind their RTRI policy, citing disruptions and loss of instructional time. Everett should follow suit.

If LifeWise wants to offer Bible study, let them do it after school—like every other religious group. Our classrooms are not mission fields. Our children are not pawns. And our public schools should not be pipelines for dominionist ideology.

Rescind the RTRI policy. Protect instructional time. Defend public education.

Sincerely,

███████
███████
███████

**Stop - Think - Verify:** This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

**From:** School Board
**To:** ███████
**Subject:** RE: LifeWise School Board Meeting - Parent Email
**Date:** Friday, September 12, 2025 12:48:44 PM
**Attachments:** image001.png

Dear ██████████ :

Thank you for taking the time to send an email as well as speak via Zoom at the September 9, 2025 regular board meeting about your concerns regarding the LifeWise Academy. The Everett Public Schools Board of Directors deeply values and appreciates hearing from our community.

I would like to reshare with you the message I shared during the meeting, as I believe it is the clearest way to address both your concerns and those of the board:

*"I can tell you that we, as a board, do not support or endorse programs that provide off-campus religious instruction during the school day and prefer that students stay at school. Parents, though, do have the right to ask the district to release their child from school, for religious or non-religious purposes, and into the care of a named adult, if they themselves are not picking that child up. The district does not give permission to any organization to release students. It must be a parent or guardian who makes that decision into the hands of another parent or guardian or designated adult, either in a written note or an email, at each of those occurrences. I believe it's important for the public to know that no organization operates religious activities within our schools during school hours. The district does not allow or give permission to any religious organization to take students off-site. Rather, parents choose to seek the release of their students to an adult who then takes them off-site for that program only. What we are allowing is during lunch and recess."*

I believe you will find the parent/guardian guidelines regarding the release of students for religious-related activities, as well as answers to frequently asked questions,  available on the district's attendance website will address the concerns in your email.

Once again, please know that we hear your concerns and value the time you took to share them with us.

Sincerely,



**Traci Mitchell**
**Board of Directors, President**
traci.mitchell@everettsd.org
425-359-2065

---

**From:** ████████████████
**Sent:** Tuesday, September 9, 2025 12:56 PM
**To:** School Board <SchoolBoard@everettsd.org>
**Subject:** LifeWise School Board Meeting - Parent Email

You don't often get email from ████████████    Learn why this is important

Dear Members of the Everett Public School Board,

Thank you for convening today and for your unwavering commitment to our students' well-being. I appreciate the chance to speak with you about the new LifeWise Academy off-campus Bible program. Rather than quibbling over legal fine points, I'd like to share some concerns that go to the heart of public education in Everett.

First, teachers and parents across the country have watched core academics suffer as LifeWise pulls students out of STEM, music, and art once a week for Bible lessons. In Ohio, former STEM teacher ████████ reports that those absences leave permanent gaps in his classroom, while his daughter and other non-participants felt isolated and judged—some even told they were "going to Hell." Worse still, chapters have rented space next to registered sex offenders and failed to vet a director previously dismissed for inappropriate conduct, discoveries made only when community members raised the alarm. In Westerville and Worthington, school boards voted unanimously to rescind their religious release-time policies after seeing the disruptions firsthand.

Second, LifeWise hides its curriculum behind 48-hour, on-site reviews and lures children with candy and toys, fostering an "us vs. them" culture among peers. Their "Difficult Questions" guide condemns cohabitation outside marriage, rejects transgender identities, and labels same-sex relationships as sin—messages that run counter to an inclusive school environment. Meanwhile, LifeWise quietly aligns with far-right groups like the SPLC-listed Center for Christian Virtue, Moms for Liberty, and Project 2025 affiliates, all under the leadership of Joel Penton's Stand for Truth ministry. Here in Everett, local co-directors bypassed formal board approval entirely, relying solely on parental consent and legal technicalities to launch the program without oversight.

In light of these concerns, I respectfully urge you to:

1. Pause all LifeWise activities until a full board review is completed.
2. Require public, advance disclosure of every lesson plan and curriculum document.
3. Enforce district-level background, safety, and facility standards without exception.
4. Mandate formal board approval for any released-time religious program in the future.
5. Invest in secular character-education alternatives that honor every family's beliefs.

Our public schools must remain neutral sanctuaries of learning—places where no child feels judged, excluded, or unsafe. Thank you for your time and thoughtful consideration. I look forward to working together to protect the integrity of Everett Public Schools.

Sincerely,

████████

**Stop - Think - Verify:** This email message originated from outside of Everett Public Schools. Please do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

EXHIBIT
M



2 pages
Text Version

### LIFEWISE ACADEMY   #2870336

Distribution Round: 1
Submitted Date: 05-02-2025
Distribution Target Date: 05-06-2025
Post Expiration Date: 06-02-2025

LifeWise Academy Everett
Profile

Approver Notes                    Message Uploader

⊘ 1 Approved    ⊘ 0 Denied    –– 0 Pending        ☰ Schools (1)  ›





# LIFEWISE ACADEMY
+ + +

## EDUCACIÓN BÍBLICA
## DURANTE HORAS ESCOLARES

### Amabilidad + Gratitud + Respeto + Valentía

*Además de sus clases regulares, ¡las familias ahora pueden solicitar tiempo libre para que sus estudiantes asistan a LifeWise Academy.*

+ **¿Cuándo?** Todos los miércoles durante el bloque de almuerzo y recreo.
+ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media milla al este de Emerson Elementary.
+ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús de LifeWise.
+ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y los voluntarios de LifeWise se someterán a rigurosas verificaciones de antecedentes y capacitación para garantizar la seguridad y el bienestar de los estudiantes.
+ **¿Cuánto cuesta?** ¡Este programa es GRATIS para todas las familias!

## ¡OBTENGA MÁS INFORMACIÓN Y INSCRÍBETE AHORA!





Escanee el código QR o vaya a **lifewise.org/everettwa** y seleccione "enroll my student" para iniciar el proceso de solicitud de tiempo libre para que su estudiante asista a nuestras clases. Después de inscribirse, recibirá un correo electrónico de bienvenida con más detalles.



**Life Wise Academy Bible Based Character**    #2834527

Distribution Rounds: 2
Submitted Date: 03-07-2025
Distribution Target Date: 03-12-2025
Post Expiration Date: 05-06-2025

2 pages
Text Version

**LifeWise Academy Everett**
👤 Profile

Approver Notes                    Message Uploader

✓ 1 Approved   ⊘ 0 Denied   –– 0 Pending          ☰ Schools (1)  ›



# BIBLE-BASED CHARACTER EDUCATION DURING SCHOOL HOURS

## kindness ✦ gratitude ✦ respect ✦ courage

*In addition to their regular classes, families can request released time for their child to attend a LifeWise class!*

✦ **When?** Once a week during the lunch & recess block
✦ **Where?** Classes will be held at New Hope Assembly, just a half-mile east of Emerson Elementary
✦ **How will they get there?** Students will be shuttled via a LifeWise bus
✦ **With who?** Fun, dedicated teachers and volunteers! All LifeWise staff and volunteers undergo rigorous background checks and training to ensure student safety and wellbeing
✦ **How much?** This program is FREE for all families!

## LEARN MORE & ENROLL NOW



Scan the QR code or go to **lifewise.org/everettwa** and select "enroll my student" to begin the process of requesting released time for your student to attend our classes. After enrolling, you will receive a welcome email with more details.

*Everett Public Schools has neither reviewed nor approved the program, personnel, activities or organizations announced in this flier. The participants agree to protect, indemnify, and hold harmless the district, its elected and appointed officials, employees, agents, staff and volunteers, from any and all claims, liabilities, damages, expenses, or rights of action, directly or indirectly attributed to the activities. Permission to distribute this flier should not be considered a recommendation of the program by the school district. This is not a school district sponsored activity.*



# EDUCACIÓN BÍBLICA
# DURANTE HORAS ESCOLARES

## amabilidad ✦ gratitud ✦ respeto ✦ valentía

*Además de sus clases regulares, las familias ahora pueden solicitar tiempo libre para que sus estudiantes asistan a LifeWise Academy.*

- ✦ **¿Cuándo?** Todos los miércoles durante el bloque de almuerzo y recreo.
- ✦ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media milla al este de Emerson Elementary.
- ✦ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús de LifeWise.
- ✦ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y los voluntarios de LifeWise se someterán a rigurosas verificaciones de antecedentes y capacitación para garantizar la seguridad y el bienestar de los estudiantes.
- ✦ **¿Cuánto cuesta?** ¡Este programa es GRATIS para todas las familias!



## ¡OBTENGA MÁS INFORMACIÓN Y INSCRÍBETE AHORA!

Escanee el código QR o vaya a **lifewise.org/everettwa** y seleccione "enroll my student" para iniciar el proceso de solicitud de tiempo libre para que su estudiante asista a nuestras clases. Después de inscribirse, recibirá un correo electrónico de bienvenida con más detalles.

*Everett Public Schools has neither reviewed nor approved the program, personnel, activities or organizations announced in this flier. The participants agree to protect, indemnify, and hold harmless the district, its elected and appointed officials, employees, agents, staff and volunteers, from any and all claims, liabilities, damages, expenses, or rights of action, directly or indirectly attributed to the activities. Permission to distribute this flier should not be considered a recommendation of the program by the school district. This is not a school district sponsored activity.*



**Lifewise Academy Enrollment** #2816429

Distribution Round: 1
Submitted Date: 02-06-2025
Distribution Target Date: 02-11-2025
Post Expiration Date: 03-10-2025

2 pages
Text Version

**LifeWise Academy Everett**
Profile

Approver Notes                    Message Uploader

✓ 1 Approved    ⊘ 0 Denied    –– 0 Pending

≣ Schools (1) ›





Disclaimer: Everett Public Schools has neither reviewed nor approved the program

This one was denied.



| | | | |
|---|---|---|---|
| LifeWise Tell-All Info Session #2804897 | Respect Public Schools |
| | ✔ Profile |
| Distribution Round: 1 | |
| Submitted Date: 01-20-2025 | |
| Distribution Target Date: 01-27-2025 | |
| Post Expiration Date: 02-03-2025 | Approver Notes    Message Uploader |
| Text Version | ⊘ 0 Approved  ⊘ 4 Denied  – –  0 Pending | ☰ Schools (4) › |



**RESPECT PUBLIC SCHOOLS**
WASHINGTON

# LifeWise Tell-All

*Info Session and Dialogue:*
*Religious Instruction During the School Day*
*in Public Schools*

Have you heard about LifeWise? Have you been asking questions and getting unsatisfactory answers?

Join a conversation hosted by Respect Public Schools - Washington open to local parents and guardians, school faculty and staff, community members, and religious leaders.

Hear from a panel of concerned parents amd local clergy about LifeWise.

Learn about next steps to work together to support public schools and the continued separation of church and state.

## Sunday, February 2, 2025

3:00-4:00 pm
Silver Hall Meeting Room @
Thornton A Sullivan Park
11405 Silver Lake Rd
Everett, WA 98208

Disclaimer: Everett Public Schools has neither reviewed nor approved the program,



**Lifewise Academy Bible Based Character**

#2794348

Distribution Round: 1
Submitted Date: 01-02-2025
Distribution Target Date: 01-08-2025
Post Expiration Date: 02-04-2025

2 pages

Text Version

**LifeWise Academy Everett**
 Profile

Approver Notes                                        Message Uploader

 1 Approved     ⊘ 0 Denied     –– 0 Pending          ≡ Schools (1)  ›







**LifeWise Academy Enrollment Information** #2783690

Distribution Round: 1
Submitted Date: 12-03-2024
Distribution Target Date: 12-15-2024
Post Expiration Date: 01-11-2025

2 pages
Text Version

**LifeWise Academy Everett**
👤 Profile

Approver Notes                    Message Uploader

✓ 1 Approved    ⊘ 0 Denied    –– 0 Pending    ☰ Schools (1) ›



Disclaimer: Everett Public Schools has neither reviewed nor approved the program,



# LIFEWISE ACADEMY

+ + +

## EDUCACIÓN BÍBLICA
## DURANTE HORAS ESCOLARES

Amabilidad   +   Gratitud   +   Respeto   +   Valentía

Además de sus clases regulares, ¡las familias ahora pueden
solicitar tiempo libre para que sus estudiantes asistan a LifeWise
Academy.  ¡Las clases comienzan el 15 de enero de 2025!

+ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media
  milla al este de Emerson Elementary.
+ **¿Cuándo?** Todos los miércoles durante el bloque de almuerzo y recreo.
+ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús
  de LifeWise.
+ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y
  los voluntarios de LifeWise se someterán a rigurosas verificaciones de
  antecedentes y capacitación para garantizar la seguridad y el bienestar de los
  estudiantes.
+ **¿Cuánto cuesta?** ¡Este programa es GRATIS para todas las familias!

## ¡INSCRÍBETE AHORA!





¡Los estudiantes de **1er y 3er grado** ya pueden inscribirse!
Los grados restantes se agregarán más adelante.

Escanee el código QR o vaya a **lifewise.org/everettwa** y seleccione "enroll my
student" para iniciar el proceso de solicitud de tiempo libre para que su estudiante
asista a nuestras clases. Después de inscribirse, recibirá un correo electrónico de
bienvenida con más detalles.

Disclaimer: Everett Public Schools has neither reviewed nor approved the program



**LifeWise Academy Enrollment Information**     #2761412

Distribution Round: 1
Submitted Date: 10-20-2024
Distribution Target Date: 10-24-2024
Post Expiration Date: 11-20-2024

2 pages
Text Version

**LifeWise Academy Everett**
👤 Profile

Approver Notes                                          Message Uploader

✓ 1 Approved     ⊘ 0 Denied     –– 0 Pending          ☰ Schools (1) ›





# LIFEWISE ACADEMY

✦ ✦ ✦

## EDUCACIÓN BÍBLICA DURANTE HORAS ESCOLARES

Amabilidad   ✦   Gratitud   ✦   Respeto   ✦   Valentía

Además de sus clases regulares, ¡las familias ahora pueden solicitar tiempo libre para que sus estudiantes asistan a LifeWise Academy durante el año escolar 2024-25!

✦ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media milla al este de Emerson Elementary.
✦ **¿Cuándo?** Una vez a la semana durante el bloque de almuerzo y recreo.
✦ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús de LifeWise.
✦ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y los voluntarios de LifeWise se someterán a rigurosas verificaciones de antecedentes y capacitación para garantizar la seguridad y el bienestar de los estudiantes.
✦ **¿Cuánto cuesta?** ¡Este programa es GRATIS para todas las familias!

## ¡INSCRÍBETE AHORA!



¡Los estudiantes de **1er y 3er grado** ya pueden inscribirse! Los grados restantes se agregarán más adelante.

Escanee el código QR o vaya a **lifewise.org/everettwa** y seleccione "enroll my student" para iniciar el proceso de solicitud de tiempo libre para que su estudiante asista a nuestras clases. Después de inscribirse, recibirá un correo electrónico de bienvenida con más detalles.



Disclaimer: Everett Public Schools has neither reviewed nor approved the program

This one was denied.

 **LifeWise Academy** #2747016
Distribution Rounds: 2
Submitted Date: 09-26-2024
Distribution Target Date: 09-28-2024
Post Expiration Date: 11-22-2024

2 pages
Text Version

**LifeWise Academy Everett**
Profile

Approver Notes                    Message Uploader

0 Approved    1 Denied    -- 0 Pending         Schools (1) ›





# LIFEWISE ACADEMY

¿Sabías que a los estudiantes de escuelas públicas se les puede
enseñar la Biblia...**DURANTE HORAS ESCOLARES?**

LifeWise Academy es un Programa de Tiempo Libre para la
Instrucción Religiosa que existe con el fin de poner la educación bíblica al alcance
de todos los estudiantes de escuelas públicas.

## ¡LIFEWISE ACADEMY LLEGA A EVERETT!

¡Las familias pueden solicitar tiempo libre para que sus estudiantes asistan a
clases de LifeWise durante el año escolar 2024-25!

- ✦ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media
  milla al este de Emerson Elementary.
- ✦ **¿Cuándo?** Una vez a la semana durante el bloque de almuerzo y recreo.
- ✦ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús de
  LifeWise.
- ✦ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y
  los voluntarios de LifeWise se someterán a rigurosas verificaciones de
  antecedentes y capacitación para garantizar la seguridad y el bienestar de los
  estudiantes.



## ¡INSCRÍBETE AHORA!



¡Los estudiantes de **1er y 3er grado** ya pueden inscribirse!
Los grados restantes se agregarán más adelante.

Escanee el código QR o haga clic en el enlace a continuación y seleccione "enroll my
student" para iniciar el proceso de solicitud de tiempo libre para que su estudiante
asista a nuestras clases. ¡Les avisaremos cuándo empezará la clase de su hijo/a!

### lifewise.org/everettWA

*LifeWise Academy no está respaldada ni patrocinada por el distrito escolar.*

This one was denied.







# LIFEWISE ACADEMY

¿Sabías que a los estudiantes de escuelas públicas se les puede enseñar la Biblia...**DURANTE HORAS ESCOLARES?**

LifeWise Academy es un Programa de Tiempo Libre para la Instrucción Religiosa que existe con el fin de poner la educación bíblica al alcance de todos los estudiantes de escuelas públicas.

## ¡LIFEWISE ACADEMY LLEGA A EVERETT!

¡Las familias con niños que asisten a Escuela Primaria Emerson tendrán la opción de inscribir a sus estudiantes en clases de LifeWise durante el año escolar 2024-25!

- ✦ **¿Dónde?** Las clases se llevarán a cabo en New Hope Assembly, a solo media milla al este de Emerson Elementary.
- ✦ **¿Cuándo?** Una vez a la semana durante el bloque de almuerzo y recreo.
- ✦ **¿Cómo llegarán?** Los estudiantes serán transportados a través de un autobús de LifeWise.
- ✦ **¿Con quién?** ¡Maestros y voluntarios divertidos y dedicados! Todo el personal y los voluntarios de LifeWise se someterán a rigurosas verificaciones de antecedentes y capacitación para garantizar la seguridad y el bienestar de los estudiantes.



## ¡INSCRÍBETE AHORA!



¡Los estudiantes de **1er y 3er grado** ya pueden inscribirse! Los grados restantes se agregarán más adelante.

¡Escanee el código QR o **haga clic en el enlace de abajo** para inscribirse! Les avisaremos cuándo empezará la clase de su hijo/a.

Encuentre más información en lifewise.org/everettWA

*LifeWise Academy no está respaldada ni patrocinada por el distrito escolar.*

Disclaimer: Everett Public Schools has neither reviewed nor approved the program