1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LIFEWISE, INC.; and SARAH SWEENY,

        *Plaintiffs*,

    v.

EVERETT PUBLIC SCHOOL DISTRICT;
and IAN B. SALTZMAN, in his official
capacity as the Superintendent of Everet
Public Schools,

        *Defendants.*

No. 2:25-cv-02604-LK

**DECLARATION OF BLYTHE
YOUNG**

    I, Blythe Young, do hereby state and sign under penalty of perjury of the laws of the State of Washington the following:

    1.    I am over the age of 18, have personal knowledge of, and am competent to testify to, the matters set forth herein.

    2.    I am currently employed by Everett Public Schools (the "District") as the Principal at Emerson Elementary School ("Emerson Elementary").

    3.    I have been employed with the District since 2013, and served as Principal at Emerson Elementary since 2020.

    4.    As Principal at Emerson Elementary, I oversee the application of District policies, procedures and practices aimed at ensuring student success, by creating an

DECLARATION OF BLYTHE YOUNG - 1
2:25-cv-02604

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

environment where any student, regardless of religious, ethnic, or racial background may succeed. I also oversee the operations of Emerson Elementary, manage staff, set goals for any process improvements, and abide by the District's mission to serve its students and families in the community.

5.     As part of the District's mission to serve its students and families in the community, the District works to accommodate families of all religious backgrounds in compliance with state and federal laws and the United States and Washington State Constitutions. To meet this mission, the District strives to make religious accommodations seamless with no burden to the students or families. Concerning the Plaintiff, LifeWise Academy ("LifeWise"), Emerson Elementary has accommodated and continues to accommodate requests made by the organization in conformance with state and federal laws, and District Policies and Procedures 2340/P.

6.     The formation of the local LifeWise chapter was recent. I initially became aware of a possible local LifeWise chapter being formed in Everett, Washington approximately two years ago towards the end of 2023 when parents, including Ms. Sarah Sweeny, approached me as principal of Emerson Elementary and expressed an interest in forming a LifeWise chapter within the community. I communicated that neither the school nor the District could partner with LifeWise and that, if parents wanted to seek release of their students to LifeWise, I would consider those parents' requests on a case-by-case basis.

7.     The LifeWise chapter was ultimately created in January 2025, and they began offering off-campus religious instruction during the school day to students in the community.

8.     LifeWise is not a District-sponsored club or program. The District also does not contract or partner directly with LifeWise. Accordingly, in order to process any request that a student be released during the school day for religious instruction at LifeWise, Emerson Elementary must review the parent/guardian's request and respond in compliance with the

DECLARATION OF BLYTHE YOUNG - 2
2:25-cv-02604

District policies and procedures, a process which is shared and the same for all requests that are made by any community organization. Similarly, for any communications related to a student receiving religious instruction from LifeWise, school staff communicates directly with the parent and/or legal guardian of the student, a procedure which is the same for other communications related to a student's education.

9.      An example of the requests made to the District from LifeWise directly includes a request by LifeWise to display flyers advertising their instruction in the lobby at Emerson Elementary and requests that their flyers be distributed electronically through the District's PeachJar system. The District uses PeachJar, common software used by many school districts, to distribute flyers. Another request includes LifeWise seeking to participate in the Community Resource Fair, which is a District sponsored event organized by the Family Engagement Team.

10.      District Procedure 2340P section G states that "Material and/or announcements promoting religion may not be distributed by non-students or on behalf of groups or individuals who are not students." Further Board Policy 3222 states that "[m]aterials may be distributed before or after the school day at points of entry/exit of school buildings" with permission of the school principal, provided that the distribution of materials by students "shall not cause a substantial disruption of school activities or materially interfere with school operations." Under this Policy, a student may distribute religious literature under the same conditions that other literature may be distributed on the campus provided it does not intrude on the operation of the school.

11.      Even though LifeWise was initially permitted, albeit erroneously, to place flyers in the lobby at Emerson Elementary, after review of District policy which prohibits the display of flyers with religious content, the flyers were removed from the lobby. This decision was made in compliance with District policies and procedures, and similar action would been taken with respect to any other material that also did not comply with District policies.

DECLARATION OF BLYTHE YOUNG - 3
2:25-cv-02604

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

12.     Since students have begun going to LifeWise during the school day, I have received multiple communications from community members and parents with complaints and misunderstandings. One communication includes a conversation from a parent via e-mail on December 18, 2025. *See* Ex. A.[1] In the conversation, the parent expressed concern about her daughter receiving a paper in her classroom containing a QR code, along with a handwritten note from a classmate encouraging her to attend LifeWise. The parent also expressed that LifeWise participants received "bags of candy."  Reportedly in the same conversation the daughter had with that classmate, the classmate responded to the daughter's comment that her mom does not believe in God with, "you don't have to believe what your mom believes."  The parent then further expressed she is uncomfortable "with my six-year-old being encouraged to attend a religious program during the school day through peer pressure, incentives such as candy, and messaging that appears to undermine family beliefs."  I have responded to individuals expressing their opinions, as I typically would by inviting the parent to schedule a time to speak with me and by responding directly to emails.

13.     Another communication dated February 2, 2025, comes from a parent expressing concerns about "the potential implications of integrating a religious program into the school day." *See* Ex. B.[2]  The parent details an incident where a student left candy and a flyer for LifeWise on the parent's doorstep for his son. The parent further detailed concern about the Plaintiff, Sarah Sweeny, subbing in children's classrooms and her statement that she has a close relationship with me, which is untrue.  Further, this concern has reached the classroom, and teachers have discussed with me instances of students attempting to provide the items to other students during the school day.  This has led to multiple disruptions in the classroom.

---

[1] Exhibit A includes unprivileged portions of the email communication.
[2] Non-party student and parent names redacted.

DECLARATION OF BLYTHE YOUNG - 4
2:25-cv-02604

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

14.     As a result of these concerns, Emerson Elementary began requiring students returning from LifeWise to keep any items they received in a sealed envelope in their backpacks during the school day.  This is in compliance with the same rules applied to students distributing any type of materials, candy or other items, in the classroom from any organizations, religious or secular, or for toys that may also cause disruption in the classroom. Emerson Elementary has a history, and a current practice, of sending multiple reminders to families asking that students not bring toys or other items to school to avoid disruptions.  To the best of my knowledge, no teacher in the school has taken action that would prevent a student from independently choosing to read religious materials during non-instructional time.

15.     Regarding the participation by students in LifeWise itself, the District has consistently accepted parents/guardians requests to release their students to participate in religious instruction during the school day.  No such requests were ever denied.  Further, I plan to continue to allow the release of students for that reason, in compliance with District policies and procedures, to the extent required by law.

16.     The religious instruction provided by LifeWise is off-campus occurring on two different days per week, with each day dedicated to a different age group.  Students are released for religious instruction during their forty-minute lunch period and recess time. Students are not released for religious instruction to LifeWise. Instead, parents must identify an adult to whom they authorize the school to release their child. It may be that such a person is employed by LifeWise. However, the school's responsibility is to release the student to only an authorized adult, and not to a specific organization. LifeWise does provide bus transportation from Emerson Elementary to an off-site location for instruction. The students return to campus after their religious instruction. It is my understanding that LifeWise has a list or roster of students whose parents have authorized them to receive the off-campus instruction each week.

DECLARATION OF BLYTHE YOUNG - 5
2:25-cv-02604

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

17.     The process for authorizing students to leave school during the day to receive religious instruction requires a parent or guardian seeking such release to submit a weekly permission slip identifying the adult to whom release is authorized. The deadline for submitting this authorization is no later than the morning of the scheduled release date. This process closely aligns with the permission process applicable any time a student is required to leave school during the school day with an adult other than the parent or guardian. The process is not exclusive to LifeWise.  More importantly, we follow this process to ensure the safety of the students over whom the school is acting in *loco parentis* (in the place of the parents) while they are at school.

18.     No families at Emerson Elementary have requested that their students be released for weekly religious instruction, either now or prior to those families seeking release of their students to receive instruction from LifeWise. Nor have any families sought the weekly release of their students, each week during the school day, for any other reason.

19.     When LifeWise initially began providing off-campus instruction in January of 2025, parents and guardians seeking release for religious instruction were permitted to submit a single permission slip for the semester. This was a process never utilized by Emerson Elementary, as no families had ever sought the release of a student for religious instruction on a weekly basis. Accordingly, after that initial semester, the process was examined, and it was determined that the permission process should occur on a weekly basis, which more closely aligns with the District's standard practices for the release of a student during the school day.

20.     Since the implementation of this weekly permission slip requirement, the school has not received any communication from a parent or guardian that this process has prevented their student from receiving religious instruction during the school day. The only concern expressed to me was by Ms. Hammer and Ms. Sweeny regarding the change in the process. Additionally, on at least one occasion, school staff has assisted a parent without access to email

DECLARATION OF BLYTHE YOUNG - 6
2:25-cv-02604

1  with the process for calling the school to provide authorization by leaving a message on the

2  absence line, which is then transcribed and documented.

3        I declare under penalty of perjury under the laws of the State of Washington that the

4  foregoing is true and correct.

5        DATED this 8th day of January, 2026.

6

7                          By: _____
                            Blythe Young

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF BLYTHE YOUNG - 7
2:25-cv-02604

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Caleb T. Mathena, WSBA 57001<br>Bryan Cave Leighton Paisner LLP<br>999 Third Ave., Suite 4400<br>Seattle, WA 98104<br>Caleb.mathena@bclplaw.com | ■ ECF notification |
| Barbara Smith Tyson (application pro hac vice forthcoming)<br>Seth M. Reid (application pro hac vice forthcoming)<br>Kolten C. Ellis (application pro hac vice forthcoming)<br>Bryan Cave Leighton Paisner LLP 211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: (314) 259-0000<br>barbara.smith@bclplaw.com<br>seth.reid@bclplaw.com<br>kolten.ellis@bclplaw.com | ■ ECF notification |
| Sarah S. Mack<br>Pacifica Law Group LLP<br>401 Union Street, Suite 1600<br>Seattle, WA 98101<br>Sarah.Mack@PacificaLawGroup.com | ■ ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of January, 2026, at Seattle, Washington.

*s/Jennifer R. Friesen*
Jennifer R. Friesen
Legal Assistant

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701