# EXHIBIT A



**From:** "Boten, Shelley" <sboten@everettsd.org>
**Date:** December 19, 2025 at 8:57:53 AM PST
**To:** ███████████████████████
**Cc:** ███████████████████████████████ "Young, Blythe" <BYoung2@everettsd.org>, "Woods, Cathy A." <CWoods2@everettsd.org>
**Subject:** RE: LifeWise Concern - Emerson Elementary

Thank you for reaching out. It was great to connect with your mother-in-law at the Carl Gipson Center, and I am happy to connect you with Mrs. Blythe Young, (principal) and Dr. Cathy Woods, Regional Superintendent (this is one of her schools, and she works very closely with Principal Young).

Blythe Young   BYoung2@everettsd.org   425-385-6200
Cathy Woods    CWoods2@everettsd.org   425-385-4021

I have also copied both on this email, as well.

I know that they will reach out to you about your concerns. Thank you!

-s

**Dr. Shelley Boten**
**Chief Academic Officer**
Academics Office
 b  t  @     tt    s
Of ice:   25-385- 093  |  Mob le:   25-309-026

**From:** ███████████████████████████
**Sent:** Thursday December 18  2025 2 32 PM
**To:** Boten  Shelley <sboten@everettsd.org>
**Cc:** ███████████████
**Subject:** LifeWise Concern - Emerson Elementary

> You don't often get email from katiejctownsend@gmail.com.  Learn why this is important

Hello,

I received your contact information from my mother-in-law, who attended a recent school district meeting. I am writing to share concerns regarding the LifeWise program at Emerson Elementary, where my daughter is a first-grade student, and to ask where these concerns may be appropriately addressed.

My family and I value inclusivity and respect the right of others to practice their religion. While we do not practice a religion ourselves, we believe it is important for everyone to be free to hold their own beliefs. That said, I have concerns about the impact of the LifeWise program occurring during the school day.

Recently, my daughter came home with a paper containing a QR code and a handwritten note from a classmate encouraging her to attend LifeWise. While this prompted a thoughtful conversation between my daughter and me about religion, I was uncomfortable with the solicitation taking place during school hours. Additionally, this morning my daughter shared that another classmate told her she should attend LifeWise because participants receive "bags of candy." In that same conversation, when my daughter mentioned that I do not believe in God, the child responded that she "doesn t have to believe what your mom believes."

I am uncomfortable with my six-year-old being encouraged to attend a religious program during the school day through peer pressure, incentives such as candy, and messaging that appears to undermine family beliefs. I believe that my daughter should have the opportunity to explore and make decisions about religion when she is older and better equipped to do so without undue influence.

I would appreciate guidance on where these concerns can be raised or discussed further. If this matter is better directed to school administration, I am happy to do so. Thank you for your time and attention.

Sincerely,

▮▮▮▮▮

▮▮▮▮

**Stop  Think  Verify:** his email message originated from outside of Everett Publ c Schools  Please do not click links or open attachments un ess you recognize the sender's email address and know the content is safe

# EXHIBIT B

**From:** ▇▇▇
**To:** byoung2@everettsd.org
**Subject:** Lifewise at Emerson
**Date:** Sunday, February 2, 2025 9:57:02 PM

You don't often get email from danacray13@yahoo.com. Learn why this is important

Dear Principal Blythe Young,

I hope this email finds you well. I am writing to express my concerns about the recent introduction of Lifewise Academy at Emerson Elementary. As a parent, I greatly value the inclusive and diverse environment that our school works hard to maintain. However, I am troubled by the potential implications of integrating a religious program into the school day, particularly the practice of encouraging children to invite their friends to join.

Last year, when my son, ▇▇▇, was in kindergarten, a student left candy and a flyer for Lifewise Academy on my doorstep. I was initially upset, especially when I thought an adult was involved, but after seeing that it was a child on my Ring camera, I calmed down. At the time, I honestly didn't expect the program to gain much traction, so I let it go. I wish I hadn't.

While I deeply respect the personal faiths of others, I believe the school's primary focus should remain on education, fostering academic growth, and encouraging students to embrace diversity without promoting any particular set of religious beliefs.

The individual running the program, Sarah Sweeny, recently mentioned having a close relationship with you, which left me wondering about how the program is being managed and what its potential impact might be on the broader school community. She spoke in a way that led me to believe you may support the program, and I would appreciate any insight you could provide on this matter.

I also have concerns about her subbing in my children's classrooms given her continued participation in this program. I have reservations about her judgment.

Thank you for your time and attention. I look forward to hearing from you and appreciate your understanding.

Sincerely,

 Mom

she/her