Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIFEWISE, INC.; SARAH SWEENY,<br><br>Plaintiffs,<br><br>v.<br><br>EVERETT PUBLIC SCHOOL DISTRICT; and IAN B. SALTZMAN, in his official capacity as the Superintendent of Everett School District,<br><br>Defendants. | No. 2:25-cv-02604-LK<br><br>DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF |

COMES NOW Defendants Everett Public School District ("the District") and Ian B. Saltzman, in his official capacity as the Superintendent of Everett School District, through its counsel of record, and submits the following Answer and Affirmative Defenses to Plaintiffs' Complaint. The headings and numbered paragraphs in this Answer are intended to correspond directly with the numbered paragraphs in Plaintiffs' Complaint for ease of reference and, to the extent such headings require an answer, Defendant denies the same. Any allegation in the Complaint which has not been specifically admitted or denied herein is hereby denied.

**To the extent this heading requires a response, it is denied.**

This Section consists of introductory remarks to which no response is required. To the extent any response is required, Defendants answer as follows.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 1
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

1. This paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

2. Defendant lacks sufficient information to admit or deny the factual allegations in this Paragraph, which shall have the effect of denial.

3. Defendants deny that they have "evinced open hostility" toward either Plaintiff. This remainder of this paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is deemed required, Defendants deny the allegations. Further, Defendant lacks sufficient information to admit or deny the factual allegations in this Paragraph, which shall have the effect of denial.

    a. This paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. Defendants deny that they have taken steps to prevent members of the school community from learning about the services LifeWise offers. Defendants admit that LifeWise's request to participate in the Community Resource Fair and certain language in proposed flyers were rejected consistent with District policy and practices. Defendants deny that any of their conduct constitutes viewpoint discrimination in violation of the First Amendment. As to any remaining allegations, Defendants deny.

    b. Defendants admit that they require a permission slip authorizing the release of students to specific adults so that they may attend off-campus religious instruction during the school day. Defendants deny that the policy is onerous and that it uniquely burdens LifeWise and students who participate in LifeWise. Defendants deny that the policy violates the First Amendment.

    c. Defendants admit that students are asked to keep distracting materials in their

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 2
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

backpacks during the school day and instructional periods. As to any remaining allegations, Defendants deny.

4. This paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is deemed required, Defendants deny the allegations. Defendants deny that any of their actions violate Plaintiffs' First Amendment rights.

5. This paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is deemed required, Defendants deny the allegations. Further, Defendants lack knowledge or information sufficient to form a belief as to what LifeWise seeks or what it would like. Defendants deny that any of their actions violate Plaintiffs' First Amendment rights. As to any remaining allegations, Defendants deny.

6. Defendant admits that one director made comments about his personal views of LifeWise in an open public meeting, which do not reflect the views or official position of the Board as a whole or of the Superintendent. Such comments are publicly available on the District's public website and speak for themselves. Defendants deny the remainder of the allegations in this Paragraph.

7. Deny.

8. This paragraph consists of characterizations of this action and legal conclusions or argument to which no response is required. To the extent a response is deemed required, Defendants deny that their actions violated Plaintiffs' First Amendment rights. As to any remaining allegations, Defendants deny.

**To the extent this heading requires a response, it is denied.**

9. Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, which shall have the effect of a denial.

10. Defendants admit that LifeWise provides opportunities for students in public schools

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 3
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

to receive off-campus religious instruction during the school day. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations, which shall have the effect of a denial.

11. Defendants admit that LifeWise has a local chapter in Everett, Washington. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations, which shall have the effect of a denial.

12. Defendants admit that Sarah Sweeny has children that attend Emerson Elementary School. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations, which shall have the effect of a denial.

13. Defendants admit that Everett School District (which has been misnamed by Plaintiffs as Everett Public School District) is a public school district in the State of Washington and that its School Board votes on, and denies or adopts, official Policies of the District. The Board is not responsible for voting on or adopting District Procedures.

14. Defendants admit that Dr. Ian Saltzman is the Superintendent of Everett School District. Everett School District does not have a "chief executive officer" as alleged. Defendants admit that all District employees, including Dr. Saltzman are responsible for following District policies and procedures.

15. Admit.

16. Admit.

**To the extent this heading requires a response, it is denied.**

17. Defendants admit that LifeWise offers religious instruction during school hours, that is performed off school property, and during times of the school day, such as lunch, recess or a free period. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations. To the extent the remainder of this paragraph asserts legal conclusions, no response is required. To the extent a response is deemed necessary, or the legal conclusions therein are contrary to applicable law, Defendants

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 4
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

deny. As to any remaining allegations, Defendants deny.

18. Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations, which shall have the effect of a denial.

19. Defendants admit that LifeWise does not receive the endorsement of the District. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations. To the extent the remainder of this paragraph asserts legal conclusions, no response is required. To the extent a response is deemed necessary, or the legal conclusions therein are contrary to applicable law, Defendants deny. As to any remaining allegations, Defendants deny.

20. Defendants lack knowledge or information sufficient to form a belief as to this allegation. As to any remaining allegations, Defendants deny.

21. Admit that LifeWise offers off-campus religious to students enrolled at Emerson Elementary, a public school within the District. As to any of the remaining allegations, Defendants deny.

22. Defendants lack knowledge or information sufficient to form a belief as to this allegation. As to any remaining allegations, Defendants deny.

23. Defendants lack knowledge or information sufficient to form a belief as to this allegation. As to any remaining allegations, Defendants deny.

24. Defendants admit that Emerson Elementary School students attend LifeWise's programming with parental permission during the students' lunch and recess times. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations. As to any remaining allegations, Defendants deny.

25. Defendants admit that many parents/guardians of students at Emerson Elementary School have authorized the release of their students for religious instruction at LifeWise during the school day, which number has varied at different times throughout the school years. Defendants lack knowledge or information sufficient to

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 5
2:25-cv-02604-LK

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

form a belief as to the remaining allegations. As to any remaining allegations, Defendants deny.

26. Defendants lack knowledge or information sufficient to form a belief as to this allegation. As to any remaining allegations, Defendants deny.

27. Defendants admit that Sarah Sweeny has authorized the release of her children to attend religious instruction at LifeWise during the school day. Defendants lack knowledge or information sufficient to form a belief as to what Ms. Sweeny believes. As to any remaining allegations, Defendants deny.

28. Defendants admit that community members have made public complaints about LifeWise to the District at open public meetings and through email. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or arguments to which no response is required. To the extent a response is deemed required, Defendants deny. As to any remaining allegations, Defendants deny.

29. Any publicly-available comments speak for themselves. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations. As to any remaining allegations, Defendants deny.

30. Defendants admit that members of the public have appeared at various District board meetings and have made public comments regarding LifeWise. Defendants lack knowledge or information sufficient to form a belief as to whether the comments are factually incorrect. As to any remaining allegations, Defendants deny.
    a. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.
    b. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 6
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

    argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

   c. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

   d. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

   e. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

   f. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

   g. Any publicly-available comments speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

31. Defendants admit that public comments were made to the Board of Directors. Defendants admit that Directors did not challenge or disavow public comments, just as they would not challenge or disavow other public comments to the Board, consistent with their duties and responsibilities  Defendants admit that the Board

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 7
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

President thanked members of the public for their participation in the meeting, and stated that the Board would not respond to public comments. As to any remaining allegations, Defendants deny.

32. Defendant admits that Charles Adkins made comments about his personal views of LifeWise in open public meetings, which do not reflect the views or official position of the Board as a whole or of the Superintendent, Such comments are publicly available on the District's public website and speak for themselves The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

33. Defendants admit that Charles Adkins made comments about his personal views of LifeWise in open public meetings, which do not reflect the views or official position of the Board as a whole or of the Superintendent. Such comments are publicly available on the District's public website and speak for themselves. As to any remaining allegations, Defendants deny.

34. Defendants admit that Board directors made comments in open public meetings, and that such comments are publicly available on the District's public website and speak for themselves. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

35. Deny.

36. Defendants admit that Superintendent Saltzman sits at the table during Board meetings in his capacity as Secretary of the Board, has never spoken at Board meetings against public comments made about LifeWise, and, as Superintendent, is responsible for following the District's policies and procedures as is any other District

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 8
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

employee. The remainder of this paragraph consists of opinions, characterizations, legal conclusions or argument to which no response is required, which shall have the effect of a denial. As to any remaining allegations, Defendants deny.

**To the extent this heading requires a response, it is denied.**

37. Admit.

38. Defendants admit that such a policy exists and that it speaks for itself. To the extent the remainder of this paragraph asserts legal conclusions, no response is required. To the extent a response is deemed necessary, or the legal conclusions therein are contrary to applicable law, Defendants deny. As to any remaining allegations, Defendants deny.

39. Admit.
    a. Admit.
    b. Admit.
    c. Admit.

40. Admit.

41. Deny.

42. Defendants admit that the District has sponsored a Community Resource Fair in some school years, and that some organizations are invited to participate. The remaining allegations in this paragraph are denied.

43. Admit.

44. Admit.

45. Admit.

46. Admit.

47. Defendants admit that LifeWise asked the District's communications department how it could participate in the Community Resource Fair. As to any remaining allegations, Defendants deny.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 9
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

48. Admit.

49. Defendants admit that they denied LifeWise's request to participate in the Community Resource Fair, as their participation would not have been consistent with the purposes of the event. Defendants admit that the Communications Department cited to sections of Procedure 2340P. Defendants deny that Procedure 2340P permits religious organizations to use District facilities, but admits that District Procedure 2340P refers to another District policy for the use of District facilities. As to any remaining allegations, Defendants deny.

50. Deny.

51. Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations. As to any remaining allegations, Defendants deny.

52. Deny.

53. Admit.

54. Admit that some community organizations have flyers placed in the lobby at Emerson Elementary School. All flyers on display in the lobby adhere to district policies and procedures. The District further admits that Millennia Ministries flyers advertising its tutoring services, not its religious programming, which are available to any student and not restricted by a student's religious beliefs, and with whom the District contracts for certain non-religious-related services, were displayed in the Emerson Elementary School lobby. As to any remaining allegations, Defendants deny.

55. Defendants admit that LifeWise circulated a flyer. Defendants lack knowledge or information sufficient to form a belief as to whether LifeWise's hard copy flyers reached parents who had not been aware of LifeWise from the online PeachJar platform. As to any remaining allegations, Defendants deny.

56. Defendants admit that physical flyers displayed in the school must contain a disclaimer. Defendants lack knowledge or information sufficient to form a belief as

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 10
2:25-cv-02604-LK

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

to what reasonable people who observed the flyers would conclude. As to any remaining allegations, Defendants deny.

57. Defendants admit that on one occasion, LifeWise flyers were removed from the lobby. As to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations. As to any remaining allegations, Defendants deny.

58. Defendants admit that LifeWise was told that it could not display hard-copy flyers on school property. Defendants deny that Emerson Elementary School staff endorsed any sabotage or theft of LifeWise's flyers. As to any remaining allegations, Defendants deny.

59. Admit that an email was sent from the Principal of Emerson Elementary with information on District policies and procedures. As to any remaining allegations, Defendants deny.

60. Admit.

61. Deny.

**To the extent this heading requires a response, it is denied.**

62. Admit that the District did not permit a single permission slip to cover an entire semester of release and required separate permission slips for each release which required that the parent/guardian list the name of an individual, rather than the organization. As to any remaining allegations, Defendants deny.

63. Defendants admit that the school accepted permission slips from LifeWise that listed four individuals on the morning of the day of release. Defendants deny that this was a "workable solution" and that it was consistent with the Defendants' duty to ensure the safety and well-being of its students. As to any remaining allegations, Defendants deny.

64. Defendants lack knowledge or information sufficient to form a belief as to the

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 11
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

allegations in this Paragraph, which shall have the effect of a denial.

65. The Policy speaks for itself. The remainder of this paragraph consists of opinions, and characterizations to which no response is required, which shall have the effect of a denial.  As to any remaining allegations, Defendants deny.

66. The Procedure speaks for itself. The remainder of this paragraph consists of opinions, and characterizations to which no response is required, which shall have the effect of a denial.  As to any remaining allegations, Defendants deny.

67. Defendants lack knowledge or information sufficient to form a belief as to the requirements of other community organizations. As to any remaining allegations, Defendants deny.

68. This Paragraph consists of opinions, and characterizations to which no response is required, which shall have the effect of a denial. District Policies speak for themselves.  As to any remaining allegations, Defendants deny.

69. This Paragraph consists of opinions, and characterizations to which no response is required, which shall have the effect of a denial. District Policies speak for themselves.  As to any remaining allegations, Defendants deny.

70. Defendants admit that it required parents seeking to excuse their children for religious instruction during the school day, including to LifeWise, to provide a permission slip. Defendants deny that the requirement of a permission slip was onerous.  As to any remaining allegations, Defendants deny.

71. Admit the District created a webpage that includes Frequently Asked Questions, and mentions LifeWise twice.  As to any remaining allegations, Defendants deny.

72. Deny.

73. Admit.

74. Deny.

75. Deny.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 12
2:25-cv-02604-LK

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

76. Defendants have insufficient knowledge or information to admit or deny the allegations in this Paragraph, which shall have the effect of a denial.
77. Deny.
78. Defendants deny that requiring weekly permission slips has led to administrative inefficiencies or that it makes it more difficult for parents to authorize release for religious instruction. At to any remaining allegations, Defendants deny.
79. Defendants admit that some parents of Emerson Elementary School students are not primary English speakers. Defendants lack knowledge or information sufficient to form a belief as to the actions of LifeWise staff. As to any remaining allegations, Defendants deny.
80. Deny.
81. Defendants lack knowledge or information sufficient to form a belief as to these allegations, and therefore denies them. As to any remaining allegations, Defendants deny.
82. Defendants deny that the guidelines burden LifeWise by inhibiting the participation of students and that the policy is onerous. Defendants lack knowledge or information sufficient to form a belief as to LifeWise's mission. As to any remaining allegations, Defendants deny.
83. Deny.
84. Defendants admit that the Board President made that statement. As to any remaining allegations, Defendants deny.
85. Defendants admit that Board Members may withhold permission for their own children to attend LifeWise. To the extent this paragraph asserts legal conclusions, no response is required. To the extent a response is deemed necessary, or the legal conclusions therein are contrary to applicable law, Defendants deny. Defendants deny that LifeWise is singled out for disfavored treatment, or that they impose

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 13
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

arbitrary administrative barriers. As to any remaining allegations, Defendants deny.

86. Defendants admit that the school requested that materials be placed in envelopes and/or backpacks to avoid disruption in classrooms, just as it does for any other organizational or personal items that students may have in the classroom during instructional time. As to any remaining allegations, Defendants deny.

87. Defendants admit that the District permits students to bring personal reading material to school, unless such material violates the District's or school's guidelines. Defendants deny that "materials about Peter the Apostle" are not allowed. As to any remaining allegations, Defendants deny.

88. Defendants lack knowledge or information sufficient to form a belief as to what Plaintiff Sweeny or her children would like. Defendants deny that the District's guidelines prohibit children from reading LifeWise materials or engaging in other religious activities during their free time. Defendants admit that students were directed to keep any materials in their backpacks, not limited to LifeWise materials, if they were distracting or disruptive. As to any remaining allegations, Defendants deny.

89. Defendants lack knowledge or information sufficient to form a belief as to what Ms. Sweeny's beliefs are. As to any remaining allegations, Defendants deny.

90. Deny.

91. Defendants admit that District policy permits students to voluntarily distribute materials, which may include religious materials, with other students consistent with District Procedure 3222P. Defendants lack knowledge or information sufficient to form a belief as to what LifeWise instructs its students. As to any remaining allegations, Defendants deny.

92. Deny.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 14
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

**To the extent this heading requires a response, it is denied.**

93. Defendants incorporate and reallege their response to paragraphs 1 to 92.

94. Admit that the Superintendent has issued Procedure 2340P. Procedures are not Policies adopted by the Board

95. Deny.

96. Admit.

97. Deny.

98. Admit.

99. Deny.

100. Deny.

101. Deny.

102. Deny.

103. Deny.

104. Admit that stands are limited public forums. Remaining allegations are denied.

105. Deny.

106. Deny.

107. Deny.

108. Admit.

109. Deny.

110. Defendants admit that the District does not allow distribution of religious materials, including flyers, that can be reasonably viewed as proselytizing to elementary school students. Defendants deny that this constitutes unconstitutional viewpoint discrimination. As to any remaining allegations, Defendants deny. Defendants deny that Plaintiffs are entitled to their requested relief.

**To the extent this heading requires a response, it is denied.**

111. Defendants incorporate and reallege their response to prior paragraphs as if set

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 15
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

forth fully herein.

112. Deny as written.

113. Deny as written.

114. This Paragraph consists of opinions, characterizations and legal conclusions to which no response is required, which shall have the effect of a denial.

115. Deny.

116. Admit.

117. Deny.

118. Admit.

119. Deny as written.

120. Deny.

121. Deny.

122. Deny.

123. Defendants admit that no religious material may be on display. As to any remaining allegations, Defendants deny.

124. Defendants admit that the stand for hard copy flyers is an alternative to the PeachJar platform. However, Defendants deny that the stand for hard copy flyers is there for the purpose of those who send electronic flyers through PeachJar. As to any remaining allegations, Defendants deny.

125. Defendants admit that LifeWise is a community organization that shares its flyers through PeachJar. As to any remaining allegations, Defendants deny.

126. Deny.

127. Deny.

128. Defendants admit that LifeWise was asked to revise the flyer. As to any remaining allegations, Defendants deny.

129. Defendants admit that all PeachJar flyers must contain a disclaimer. The

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 16
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

remaining allegations are denied.

130. Deny.

131. Deny.

Defendants deny that Plaintiffs are entitled to their requested relief.

**To the extent this heading requires a response, it is denied.**

132. Defendants incorporate and reallege their response to prior paragraphs as if set forth fully herein.

133. Deny.

134. Defendants admit that the process/practice for students being released for religious instruction during the school day was changed in Fall 2025. As to any remaining allegations, Defendants deny.

135. Deny.

136. Deny.

137. Deny.

138. Deny.

139. Deny.

140. Deny.

141. Deny.

Defendants deny that Plaintiffs are entitled to their requested relief.

**To the extent this heading requires a response, it is denied.**

142. Defendants incorporate and reallege their response to prior paragraphs as if set forth fully herein.

143. Defendants admit that the guidelines promulgated on the District website are in practice, but deny that they are an official policy. As to any remaining allegations, Defendants deny.

144. Deny.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 17
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

145. Deny.

146. The Defendants deny that they have no such rules. If secular instructional materials are distracting to other students and/or serve as interruptions during classroom time, students would be instructed to keep such materials in their backpacks. As to any remaining allegations, Defendants deny.

147. Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation. As to any remaining allegations, Defendants deny.

148. Deny.

149. Deny.

150. Deny.

151. Deny.

152. Deny.

153. Deny.

154. Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, and therefore denies. As to any remaining allegations, Defendants deny.

155. Deny.

156. Deny.

157. Deny.

Defendants deny that Plaintiffs are entitled to their requested relief.

## DEFENDANTS' AFFIRMATIVE DEFENSES

1. The Complaint fails to allege facts sufficient to state a plausible First Amendment violation.

2. Plaintiffs lack Article III standing because they have not alleged a concrete, particularized injury fairly traceable to Defendants and redressable by the Court.

3. LifeWise lacks associational standing sufficient to sue on behalf of its members.

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 18
2:25-cv-02604-LK

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

4. Plaintiffs' claims are moot due to subsequent events, policy changes, or cessation of the challenged conduct.

5. Plaintiffs' claims are not ripe for adjudication because they rest on speculative or contingent future events.

6. Plaintiffs have failed to state a claim upon which relief may be granted.

7. Defendants acted in good faith reliance on existing law and policy.

8. Defendants reserve the right to assert additional affirmative defenses as the case proceeds.

DATED this 10th day of January, 2026.

> PATTERSON BUCHANAN
> FOBES & LEITCH, INC., P.S.
>
> By: *s/Charles P.E. Leitch*
> Charles P.E. Leitch, WSBA 25443
> Of Attorneys for
> 1000 Second Ave., 30th Floor
> Seattle, WA 98104
> cpl@pattersonbuchanan.com

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 19
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2026, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Caleb T. Mathena, WSBA 57001<br>Bryan Cave Leighton Paisner LLP<br>999 Third Ave., Suite 4400<br>Seattle, WA 98104<br>Caleb.mathena@bclplaw.com | ■ ECF notification |
| Barbara Smith Tyson (application pro hac vice forthcoming)<br>Seth M. Reid (application pro hac vice forthcoming)<br>Kolten C. Ellis (application pro hac vice forthcoming)<br>Bryan Cave Leighton Paisner LLP 211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: (314) 259-0000<br>barbara.smith@bclplaw.com<br>seth.reid@bclplaw.com<br>kolten.ellis@bclplaw.com | ■ ECF notification |
| Sarah S. Mack<br>Pacifica Law Group LLP<br>401 Union Street, Suite 1600<br>Seattle, WA 98101<br>Sarah.Mack@PacificaLawGroup.com | ■ ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of January, 2026, at Seattle, Washington.

                               s/Jennifer R. Friesen
                               Jennifer R. Friesen
                               Legal Assistant

DEFENDANTS' ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF - 20
2:25-cv-02604-LK

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701