THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIFEWISE, INC.; SARAH SWEENY,<br><br>                   Plaintiffs,<br><br>vs.<br><br>EVERETT PUBLIC SCHOOL DISTRICT; and IAN B. SALTZMAN, in his official capacity as the Superintendent of Everett Public Schools,<br><br>                   Defendants. | NO. 2:25-CV-02604-LK<br><br>**PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to LCR 7(m), Plaintiffs respectfully request that the Court consider the Corrected Declaration of Sarah Sweeny in Support of Plaintiffs' Motion for Preliminary Injunction, attached as <u>Ex. 1</u> hereto, in place of the document currently filed at Dkt. 5-2. As explained below, this correction inserts a single word, mistakenly omitted from Ms. Sweeney's declaration. In support of this request, Plaintiffs state:

1.    Paragraph 28 of Ms. Sweeny's initial declaration in support of Plaintiffs' Motion for a Preliminary Injunction contained the following statement on page 7, lines 26–27:

> Shortly after starting LifeWise Everett and distributing Bibles to students, Ms. Hammer and I met with Emerson's principal.

2.    Ms. Sweeney reviewed and approved her declaration before signing it. But in reviewing her declaration again on January 18, 2026, Ms. Sweeny realized that this line omitted a single word that resulted in a slightly different meaning of the referenced paragraph.

PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 25-CV-02604-LK) - 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

3. To correct that error in paragraph 28, Ms. Sweeny's Corrected Declaration, attached as Exhibit 1 hereto, states on page 7, lines 26–27:

> Shortly after starting LifeWise Everett and **before** distributing Bibles to students, Ms. Hammer and I met with Emerson's principal.

See <u>Ex. 1</u> hereto, at 28, lines 26–27 (emphasis added in this motion only).

4. This correction is not material to any issue in the action. Plaintiffs did not cite this paragraph in their Motion for a Preliminary Injunction or Reply in Support thereof, the Defendants did not cite or reference this paragraph in their opposition, and this correction does not create any contradiction or dispute of fact with any claim asserted by Defendants. However, Plaintiffs recognize the importance of maintaining complete accuracy with respect to all filings before the Court and wish to correct the record.

For the foregoing reasons, Plaintiffs respectfully request that the Court deem <u>Ex. 1</u> hereto as though it were filed in place of Dkt. 5-2 for all purposes in its consideration of Plaintiffs' motion.

DATED January 21, 2026

*s/ Barbara A. Smith*
Barbara A. Smith (admitted *pro hac vice*)
Seth M. Reid (admitted *pro hac vice*)
Kolten C. Ellis (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Phone: (314) 259-2000
barbara.smith@bclplaw.com
seth.reid@bclplaw.com
kolten.ellis@bclplaw.com

*s/ Caleb T. Mathena*
Caleb T. Mathena, WSBA #57001
BRYAN CAVE LEIGHTON PAISNER LLP
999 Third Ave., Suite 4400
Seattle, WA 98104
Phone: (206) 600-6641
caleb.mathena@bclplaw.com

PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 25-CV-02604-LK) - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700

David J. Hacker (admitted pro hac vice)
Jeremiah G. Dys (admitted pro hac vice)
Holly M. Randall (admitted pro hac vice)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
dhacker@firstliberty.org
jdys@firstliberty.org
hrandall@firstliberty.org

*Attorneys for Plaintiffs LifeWise, Inc. and Sarah Sweeny*

### CERTIFICATE OF SERVICE

I the undersigned hereby certify that on January 21, 2026, I caused the foregoing to be served upon all counsel of record in this action via CM/ECF

Dated: January 21, 2026

    *s/ Barbara A. Smith*
    Barbara A. Smith

PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2
TO PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION (CASE NO. 25-CV-02604-LK) - 3

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue Suite 4400
Seattle, Washington 98104
+1 206 623 1700