Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIFEWISE, INC.; and SARAH SWEENY, <br><br> *Plaintiffs*, <br><br> v. <br><br> EVERETT PUBLIC SCHOOL DISTRICT; and IAN B. SALTZMAN, in his official capacity as the Superintendent of Everett Public Schools, <br><br> *Defendants*. | No. 2:25-CV-02604-LK <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendants submit this Response to Plaintiffs' Praecipe Regarding Exhibit 2 to Plaintiffs' Motion for Preliminary Injunction pursuant to the Court's Minute Order issued on January 22, 2026.

The Corrected Declaration of Sarah Sweeny in Support of Plaintiffs' Motion for Preliminary Injunction to insert the word, "before," in the sentence on page 7, lines 26-27, alters the chronology of events and substance of the statement by changing whether the meeting with the principal occurred after or before the distribution of religious material to students. This omission of a single word does more than result in a "slightly different meaning," as Plaintiffs assert. It is a substantive correction that affects both the timing and causal implications of the statement.

DEFENDANTS' RESPONSE TO PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 2:25-CV-02604-LK) - 1

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

Plaintiffs assert that the correction does not create any contradiction or dispute of fact with any claim asserted by Defendants. While Defendants do not contend otherwise, the issue is not so simple. The corrected language changes the chronology of events by shifting the meeting with the principal from after Ms. Sweeney distributed religious materials to before such distribution. The temporal change reshapes the casual narrative by presenting a different asserted basis for, and characterization of, the response from the school. The initial Declaration of Sarah Sweeny, filed at Dkt. 5-2, was the operative version at the time Defendants filed their opposition to Plaintiffs' Motion for Preliminary Injunction, and the corrected language postdates that filing.

In a motion for preliminary injunction, chronology is central to the analysis when a party has alleged that adverse actions were motivated by hostility and caused the alleged irreparable harm. Such timing bears directly on whether the alleged conduct was reactive to events that already occurred or instead were anticipatory or asserted as preventative justification. This is relevant when assessing whether Plaintiffs are likely to succeed on the merits by establishing a connection between the alleged harm and directed hostility toward Plaintiffs. Here, the sequence of events directly impact causation and motive – including whether actions taken by the school predated distribution of religious material and any concerns the school received occurred prior to distribution. Such change affects the narrative in evaluating the likelihood of success on the merits and the nature of the alleged irreparable harm. Moreover, it alters the meaning of the sentence in a manner that Defendants dispute.

For the purpose of preliminary injunction, the Court is not required to resolve disputed facts to recognize that the change in the timing of events does matter. The record before the Court at the close of briefing by the parties reflects one sequence, and the correction asserts another. Thus, Defendants respectfully request that the Court consider the initial Declaration of Sarah Sweeny as filed at Dkt. 5-2 as the operative version for all purposes in the resolution of the pending Motion for Preliminary Injunction. Alternatively, Defendants request that the

DEFENDANTS' RESPONSE TO PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 2:25-CV-02604-LK) - 2

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 · Fax 206.462.6701

1  Court disregard the corrected language in the declaration for consideration in the resolution of
2  Plaintiffs' motion.  Moreover, Defendants reserve all rights with respect to any reliance on the
3  corrected declaration in future proceedings.
4       DATED this 27th day of January, 2026.

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.


By: *s/Charles P.E. Leitch*
    Charles P.E. Leitch, WSBA 25443
    Michael D. Doering, WSBA 63398
    Of Attorneys for Defendants
    1000 Second Ave., 30th Floor
    Seattle, WA  98104
    cpl@pattersonbuchanan.com
    mdd@pattersonbuchan.com


### CERTIFICATE OF COMPLIANCE

I certify that this response contains 503 words, exclusive of portions not counted under LCR 7(e)(6), in compliance with the Minute Order issued on January 21, 2026, Dkt. 35.


*s/Charles P.E. Leitch*
Charles P.E. Leitch

DEFENDANTS' RESPONSE TO PLAINTIFFS'
PRAECIPE REGARDING EXHIBIT 2 TO
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION (CASE NO. 2:25-CV-02604-LK) - 3

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Caleb T. Mathena, WSBA 57001<br>Bryan Cave Leighton Paisner LLP<br>999 Third Ave., Suite 4400<br>Seattle, WA 98104<br>Caleb.mathena@bclplaw.com | ■ ECF notification |
| Barbara Smith Tyson (application pro hac vice forthcoming)<br>Seth M. Reid (application pro hac vice forthcoming)<br>Kolten C. Ellis (application pro hac vice forthcoming)<br>Bryan Cave Leighton Paisner LLP 211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>Phone: (314) 259-0000<br>barbara.smith@bclplaw.com<br>seth.reid@bclplaw.com<br>kolten.ellis@bclplaw.com | ■ ECF notification |
| David J. Hacker (application *pro hac vice* forthcoming)<br>Jeremiah G. Dys (application *pro hac vice* forthcoming)<br>Holly M. Randall (application *pro hac vice* forthcoming)<br>FIRST LIBERTY INSTITUTE<br>2001 West Plano Parkway, Suite 1600<br>Plano, TX 75075<br>dhacker@firstliberty.org<br>jdys@firstliberty.org<br>hrandall@firstliberty.org | ■ ECF notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of January, 2026, at Seattle, Washington.

     s/Jennifer Friesen
Jennifer Friesen
Legal Assistant

DEFENDANTS' RESPONSE TO PLAINTIFFS' PRAECIPE REGARDING EXHIBIT 2 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 2:25-CV-02604-LK) - 4

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701